# EXHIBIT A

## Gearing Declaration

SUNSPEC ALLIANCE

Menu

February 4, 2027 Apply Now For The 2027 SunSpec Interoperability Plugfest

# CONTACT US

## GET IN TOUCH

**Name** *

First

Last

**Email** *

**How can we help you?** *

We use cookies to improve your experience on our website. By browsing this website, you agree to our use of cookies.

MORE INFO ACCEPT

## CONTACT US

**To learn more about the SunSpec Alliance and how your organization can benefit from our resources, please contact us!**

**If you have questions about specific hardware, we recommend reaching out to the manufacturer directly.**

The SunSpec Alliance is located in Silicon Valley, California and is global in scope.




### SUNSPEC ALLIANCE

500 E. Hamilton Ave # 1022 Campbell, CA 95008

Tel: 408-217-9110

We use cookies to improve your experience on our website. By browsing this website, you agree to our use of cookies.

MORE INFO ACCEPT

Name

Email

SUBSCRIBE

SunSpec Alliance is the information standards and certification organization for the Distributed Energy Resource (DER) industry. SunSpec communication standards address operational requirements of solar and energy storage on the smart grid

## ABOUT

Mission

News & Webinars

Events

Members

Certified Products

## SERVICES

SunSpec Dashboard

SunSpec Lab

Orange Button

We use cookies to improve your experience on our website. By browsing this website, you agree to our use of cookies.

MORE INFO ACCEPT

Work Groups

Certification

Membership

Authorized Test Labs

About us Contact Privacy policy Sitemap Terms of Use

© 2025 | SunSpec.org

We use cookies to improve your experience on our website. By browsing this website, you agree to our use of cookies.

MORE INFO ACCEPT