# EXHIBIT B

## Gearing Declaration

SPACES. (845) 484-1588 Contact us EN

Offices for individuals | Dedicated desk | Office space day pass | Offices for small teams | Offices for large teams

# 316 W 12th St

316 W 12th St, Austin Positioned in downtown Austin, 316 W 12th St offers prime offices and coworking spaces. Close to Texas State Capitol and Austin Public Library, this location enhances professional image and productivity. Enjoy nearby dining at Walton's Fancy and Staple, and leisure at The Contemporary Austin.

## Online Quote

Get personalized pricing and workspace solutions designed around your business, your team, your style.

Contact Us →

## Centre Tour

Book your guided tour today and see firsthand how Spaces energizes your workday.

Book A Tour →

## Meeting Room

Instantly reserve fully-equipped, stylish meeting rooms for presentations, client meetings, or brainstorming.

Book Online →

## Office Space Day Pass

Book a private office for the day—your space to focus, innovate, and excel.

Book Online →

## Cowork Day Pass

Get instant access to beautifully designed coworking spaces whenever you need them.

Book Online →

## Virtual Offices

Boost your brand with a prestigious business address, including professional mail and call handling.

Buy Online →

## All Access

Enjoy flexible, seamless access to our global network of Regus locations with an All Access membership.

Buy Online →

## Spaces App

Manage bookings and services effortlessly on the go with our user-friendly Spaces mobile app.

Get The App →

Home | Products | Solutions | Explore | Resources



United States · Texas · Austin · 316 W 12th St

# The Spaces difference

### Spaces built to spark creativity

Our thoughtfully crafted workspaces combine stunning design with vibrant communities. Every corner is curated to inspire big ideas and meaningful collaboration.

### A community ready to connect

Join a thriving network of forward-thinking creators and businesses. Regular events, workshops, and social gatherings help you build relationships that grow your ideas and your network.

### Seamless flexibility for modern working

From hot desks to dedicated offices, Spaces offers a wide range of flexible solutions. Scale your workspace effortlessly as your team or ambition grows.

### Expert support, effortlessly delivered

Enjoy smooth, professional support from a team dedicated to making your workday seamless. We handle the details so you can focus on what matters most.

# Products and services at 316 W 12th St

Home Products Solutions Explore Resources

Plug into our energy and watch your world accelerate.



### Offices for individuals →

Prices from **$ 26** Per person per day



### Offices for small teams →

Prices from **$ 26** Per person per day



### Cowork day pass →

Prices from **$ 109** Per day



Home Products Solutions Explore Resources

Virtual office plans →



Meeting rooms →

Prices from $ 105 Per hour



Medical offices →

Prices from $ 4



Offices for large teams →

Prices from $ 26 Per person per day



Business address →

Home Products Solutions Explore Resources



### Office space day pass →

Prices from **$ 309** Per person per day



### Office space by the hour →

Prices from **$ 55** Per person per hour



### Beauty and wellness suites →

Prices from **$ 4**



**Enterprise all access** →

Prices from **$ 4**

Load more products +

# About 316 W 12th St

## What makes this location special

*Strategically located near the Texas State Capitol**, 316 W 12th St positions your business at the heart of Austin's government and corporate activities. This prime location ensures **easy access to decision-makers**, enhancing your professional credibility. Connectivity is seamless with nearby transport links, facilitating efficient client meetings and collaborations. The proximity to Austin Public Library and Austin Diagnostic Clinic supports both **research and employee well-being**. For companies seeking adaptable workspace solutions, our **offices provide a professional environment** that fosters productivity. The vibrant community within our **coworking spaces** encourages innovation and networking, making it an ideal choice for businesses aiming to thrive in Austin.

## You're part of a much bigger network

## Spaces in Austin →

Office space • Coworking • Virtual offices • Meeting rooms

Spaces in Austin, the vibrant city in Texas, offers an array of serviced offices, coworking spaces, and meeting rooms. With locations in key business areas like Downtown Austin and Domain, our dynamic workspaces foster innovation and collaboration. Join our energetic community and thrive in Austin's booming entrepreneurial hub.




Home Products Solutions Explore Resources

# Amenities available

Showers

Outdoor Terrace

Parking

Bicycle Storage

Café & Barista Coffee

Gym & Fitness Room

Load More Amenities +

# Where to find us

## Address

316 W 12th St 4th Floor, Austin, TX, 78701, USA

## 24/7 Access

For private office and dedicated cowork customers

Contact Us >

Book A Tour

View map

Home Products Solutions Explore Resources

# Nearby information

## Prime Location Near UT Austin

Positioned just steps from The University of Texas at Austin, this workspace sits at the heart of one of the nation's leading research institutions. The vibrant energy of the campus surrounds you, fostering innovation and collaboration. Whether you're a startup seeking inspiration or a team looking for **flexible office space**, this address connects you to a thriving academic and professional community. With nearby dining, coffee spots, and cultural landmarks, every workday feels dynamic and engaging.

## Close to Government Hubs

Just a short walk from the iconic Texas State Capitol, this location offers unparalleled access to state government offices and legislative activity. The Capitol/University district is a bustling hub for professional services, making it ideal for networking and partnerships. Whether your business intersects with policy or thrives on proximity to decision-makers, this area positions you for success. The historic charm of the Capitol adds a touch of prestige to your work environment.

## Cultural Hotspots in Reach

Immerse yourself in Austin's rich cultural scene. From the Blanton Museum of Art's inspiring exhibitions to the Bob Bullock Texas State History Museum's engaging storytelling, creativity is just around the corner. The Moody Center, a multi-purpose venue for concerts and events, keeps the area buzzing with energy. With so many cultural gems nearby, your shared workspace becomes a gateway to fresh ideas and vibrant experiences, perfect for recharging during or after your workday.

## Convenient Transport Connections

Traveling to and from this location is seamless. Austin-Bergstrom International Airport is easily accessible, connecting you to global opportunities. For local commutes, the area offers well-connected public transport options and bike-friendly streets. The central position also means you're minutes away from key city districts, making it easy to collaborate with clients or attend off-site meetings. Whether you're commuting daily or hosting out-of-town visitors, this serviced office location ensures smooth accessibility.

Contact Us >

Book A Tour

Home Products Solutions Explore Resources



## Location image gallery








Home Products Solutions Explore Resources

# Nearby locations




Regus Dobie Center →




Spaces 111 Congress Avenue →




Regus Lamar Central →

F

← →

## Let's keep this conversation going.

# Plug into our energy and watch your world accelerate.

Still have questions? Contact us, we're happy to help!

Email

By submitting this form you agree to our Privacy Policy

Get Started →

Spaces contracts are not rental agreements, leases or tenancies. References on this site to "rent", "rental" or "rental agreement" are used for convenience and search purposes only to describe the fees for workspace services and do not change the legal nature of the agreement you enter into.

All prices quoted are valid at the time of inquiry. Prices are subject to change and vary depending on the products and services selected, and subject to availability. Terms and conditions apply.

Show locations

Privacy Policy Cookie Policy Cookie Settings Terms And Conditions Legal

English (EN)

---

Copyright © 2026 Spaces group company. All rights reserved.

Home Products Solutions Explore Resources