# EXHIBIT D

## Gearing Declaration



# Lehua Wang˘, Ph.D.

PATENT AGENT

wangl@gtlaw.com

SILICON VALLEY
D +1 650.289.7834
T +1 650.328.8500

Lehua Wang, Ph.D., a Patent Agent registered with the USPTO, prepares and prosecutes patent applications in the computer software related arts, including drafting patent applications, preparing responses to Office Actions from the Patent Office, performing validity and infringement analyses and litigation support.

## Capabilities

**Patents and Innovation Strategies** | **Intellectual Property & Technology**

## Experience

### Noteworthy Experience

- Patent Agent, Blakely Sokoloff Taylor & Zafman, 2001-2005
- Member, United States Patent and Trademark Office
- Developed software modules for numerical simulation and evaluation.
- Performed structural and fracture analyses.
- Administrated a local area network computer system.

## Credentials

### Education

- Ph.D., Aerospace Engineering, Georgia Institute of Technology, 1996
- M.S., Naval Architecture and Ocean Engineering, Shanghai Jiao Tong University, 1991
- B.E., Naval Architecture and Ocean Engineering, Shanghai Jiao Tong University, 1988

### Admissions

- U.S. Patent and Trademark Office

˘ *Not admitted to the practice of law.*

### Languages

- Chinese (Mandarin), Native