# EXHIBIT E

## Gearing Declaration

in I'm looking for… Try Premium for $0



Ron Hadar · 2nd

VIBE Imaging Analytics

Vibe Imaging Analytics for Better and Safer Food

Capitola, California, United States · Contact info

Ziv and Patrick are mutual connections

Connect Message More

## About

People-first, with hands-on and management experience in business, technology, and operations. Built and scaled B2B products across agtech, energy, and semiconductors. CEO of Vibe Imaging Analytics. Founded Tenta Technology, Tega Systems, and Tigo Energy (NASDAQ: TYGO).

Experienced in product development, global operations, and M&A. Advisor and board member to startups. Holder of 30+ patents in machine vision, control, and analytics.

I'm looking for…

Try Premium for $0

## Sam Arditi · 3rd

Chairman@Boat Innovation, Founder Tigo Energy (Nasdaq:TYGO), previously VP&GM at Intel(INTC), COO at DSP communications(DSPC)

United States · Contact info

Boat Innovation

Ben-Gurion University of the Negev

Message | + Follow | More

### Highlights

intel

**You both worked at Intel**

You both worked at Intel from January 1999 to December 2003

Message

## Experience

### Founder&Chairman
Boat Innovation
Jul 2020 - Present · 6 yrs 4 mos
Silicon Valley California

Dock without leaving the cockpit! Automatic Boat Fenders eliminate fender hassle and risk. ...



**Automatic Fender is the new 2020 boating product! Dock without leaving the Cockpit!**
Hanging the bow fenders on many boats is uncomfortable. The Automatic Fenders deploy the bow fenders with a single push of...

### Founder&Chairman, CEO 2009 to 2013, then consultant&IP manager
Tigo Energy (NASDAQ: TYGO)
2008 – Present
Silicon Valley California

Founder&Chairmen. As a result of the investors request took over the CEO position mid 2009 to 2013. CTO until 2016, consultant and IP manager since then. Tigo is a ...

**Tigo Energy**
Tigo Energy is #1 smart solar panel technology utilizing patented impedance matching technology to allow more modules, uneve...

### Vice President and General Manager
Intel Corporation
1999 – 2007
Silicon Valley California

Intel Cellular and Handheld Group (CHG) VP and general manager late 2003 to late 2006 . Grew CHG exponentially to ~600M$ yearly revenue in consumer and cellular ...

Intel Corporation
Creating and extending computing technology to connect and enrich the lives of every person on Earth--that's our vision, is it ...

Board Memberships and Patents
TYGO, CTP systems, LGC wireless, Boat Innovation and more
2000 – 2004
Silicon Valley California

During the years successfully served as Chairman and board member* in several companies such as Boat Innovation, Tigo (NASDAQ: TYGO), LGC Wireless, Celio, CTP...

General Manager and Chief Operating Officer (COO)
DSPC
1994 – 1999
Silicon Valley California

GM and COO of a publicly traded company (NYSE:DSPC). Acquired by Intel in 1999, lead acqusition deal and integration into Intel. Was the most senior manager ...

Show all →

## Education

Ben-Gurion University of the Negev
Engineer's Degree, BSee in wireless communications
1982 – 1986

Maxym Makhota
CTO



**Maxym Makhota** · 3rd
CTO
Campbell, California, United States · Contact info
500+ connections

Paired Power
Dnipropetrovs'kij Nacional'nij Universitet

Message + Follow More

**Activity**
1,051 followers

+ Follow

**Maxym Makhota** • 3rd+
CTO
2mo •

https://lnkd.in/gX6aikaV

Maxym Makhota reposted this

**Optony Inc.**
Sign up
6mo •

Most fleets are overbuilding their EV



Charge 6 or More EVs from One Parking Lot ...

pairedpower.com

3

Most fleets are overbuilding their EV infrastructure — and it's costing ther




33

Show all →

## Experience

**CTO**
Paired Power · Full-time
Apr 2023 - Present · 3 yrs 7 mos
Campbell, California, United States · On-site

**Sr. Director of Firmware Development**
L E · Full-time
Oct 2022 - Mar 2023 · 6 mos

Mountain View, California, United States · On-site

**Vice President of Software Development**
Tigo Energy · Full-time
Mar 2008 - Sep 2022 · 14 yrs 7 mos
Campbell, California, United States · On-site

**Sr. Software Engineer**
MKS Instruments, Inc · Full-time
Feb 2001 - Feb 2008 · 7 yrs 1 mo
San Jose, California, United States · On-site

## Education

**Dnipropetrovs'kij Nacional'nij Universitet**
1995 – 2000

## Recommendations

Received Given (1)

**Nothing to see for now**
Recommendations that Maxym receives will appear here.

## Patents (10)

**Enhanced Systems and Methods for Using a Power Converter for Balancing Modules in Single-String and Multi-String Configurations**
US 20120255591 · Issued Oct 11, 2012

I'm looking for…

Try Premium for $0




## Danny Eizips · 3rd

Tigo Energy

VP Hardware/Firmware R&D at Tigo Energy

Sunnyvale, California, United States · Contact info

Message | + Follow | More

## About

Articulate and creative, offering innovative and practical solutions. Proficient in identifying and meeting client needs. Self-motivated and efficient, with excellent communication a… more

**Top skills**

Leadership • Communication • System Architecture • Embedded Systems • Internet of Things (IoT)

## Activity

+ Follow

1,141 followers

**Danny Eizips**
VP Hardware/Firmware R&D at Tigo Energy

Congrats man, I'm sure you will do a great Job !!

Commented on **Alon Maoz's post**

**Danny Eizips**
VP Hardware/Firmware R&D at Tigo Energy

Congratulations !!!!

Commented on **Eran Dagon's post**

**Danny Eizips**
VP Hardware/Firmware R&D at Tigo Energy

Congratulations! 🎉

Commented on **Sivan More's post**

Show all →

## Experience

### VP Hardware/Firmware R&D

Tigo Energy · Full-time
May 2008 - Present · 18 yrs 6 mos
Campbell, California, United States · On-site

Led end-to-end product lifecycle, including design reviews, testing, and ...

**Lead Integration Engineer**
IXI Mobile
May 2001 - May 2008 · 7 yrs 1 mo
Redwood city, ca

Integration of IXI's software into client's systems, Developed customized modules to meet customer's specifications, Developed drivers and applications for customer's... m

**Team Leader Professional Services**
Nice Systems
Oct 1999 - Apr 2001 · 1 yr 7 mos

- Designed & developed software for voice/screen recording systems.
- Implemented on customer site

**Firmware/Real-Time Software Engineer**
Alvarion (former BreezeCOM)
Jan 1998 - Oct 1999 · 1 yr 10 mos

- Designed & developed firmware for communication hardware
- Designed & developed power save operation mode for wireless communication ...


I'm looking for…
Try Premium for $0
1,000,000
Powerwall Installations
James Bickford · 3rd
Director of Global Sales, Residential Energy Products at Tesla
Greater Seattle Area · Contact info
9,059 followers · 500+ connections
Follow
Message
More
Tesla
Santa Clara University
People who follow James also follow
Barack Obama
Former President of the United States of America
Followed by David, Julie YeoHoon and 24 others you know
+ Follow
Jim Wood
CEO & Co-Founder SEG Solar, In
17,069 followers
+ Follow

James Bickford
Director of Global Sales, Residential Energy Products at Tesla

## Experience

**Tesla**
Full-time · 10 yrs 8 mos
Palo Alto, CA

- **Head of Global Residential Energy Product Sales**
  Nov 2022 - Present · 4 yrs
- **Head of N. America Residential Energy Product Sales**
  Mar 2016 - Nov 2022 · 6 yrs 9 mos

**Director of Channel Sales**
Sunverge Energy, Inc.
May 2015 - Mar 2016 · 11 mos
San Francisco Bay Area

**Tigo Energy**
5 yrs 8 mos

- **Director OEM Channel**
  Jul 2013 - May 2015 · 1 yr 11 mos
  I managed the international roll-out of our embedded product sales strategy. I defined and executed the one-year plan in-region with our sales team and partners in Europe, Asia Pacific, and North America.
- **Director Asia Pacific**
  Nov 2010 - Jul 2013 · 2 yrs 9 mos
  Shanghai City, China
  I opened our offices in China, Japan, and Australia. My team was responsible for building relationships and certifying our technology with the top solar module manufacturers to embed Tigo's technology into... more
- **North American Sales Manager**
  Oct 2009 - Nov 2010 · 1 yr 2 mos
  San Francisco Bay Area
  I was responsible for the sales launch of Tigo's solar optimizer product in North America.


I'm looking for…
Try Premium for $0
modi avrutsky · 3rd
VP POWER PRODUCT at Tigo Energy
Israel · Contact info
277 connections
Tigo Energy
Message
+ Follow
More
Activity
292 followers
+ Follow
modi has no recent posts
Recent posts modi shares will be displayed here.
Show all →

## Experience

**VP POWER PRODUCT**
Tigo Energy
Jun 2008 - Present · 18 yrs 5 mos

**R&D manager**
Enercon
Jan 2002 - Jun 2008 · 6 yrs 6 mos

## Skills (8)

**Start-ups**

Endorsed by Doron Almog Avrutsky who is highly skilled at this

Endorsed by 5 colleagues at Tigo Energy

15 endorsements

**Business Strategy**

Endorsed by Doron Almog Avrutsky who is highly skilled at this

Endorsed by 2 colleagues at Tigo Energy

4 endorsements

Show all →