# EXHIBIT G

## Gearing Declaration

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| **Inventor(s):** | Mordechay Avrutsky | **Examiner:** | GBLENDE, JEFFREY A |
| **Serial No.:** | 12/787,205 | **Art Unit:** | 2838 |
| **Filed:** | May 25, 2010 | **Confirmation:** | 4081 |
| **Title:** | Systems and Methods for Enhanced Efficiency Auxilliary Power Supply Module | | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**<u>RESPONSE TO NON-FINAL OFFICE ACTION</u>**

Dear Sir:

In response to the Non-Final Office Action mailed August 17, 2012, please enter the following amendments and consider the following remarks/arguments.

**IN THE CLAIMS**

1. (Original) A power supply for use in a solar electric production system, comprising:

a first stage having an input connected to a voltage from a photovoltaic panel and an output providing a first voltage different from the voltage from the photovoltaic panel; and

a second stage connected to the output of the first stage, the second stage supplying power at a second voltage to a micro-controller,

wherein the output of the first stage is turned on and stable for a period of time before the second stage is turned on to supply the power at the second voltage to the micro-controller.

2. (Original) The power supply of claim 1, wherein the first stage is a first step-down converter, and the second stage is a second step-down converter.

3. (Original) The power supply of claim 1, wherein the first stage comprises:

a buck converter; and

at least one feedback control circuit having a switching device, wherein when the switching device is on, the output of the first stage provides the first voltage; and when the switching device is off, the output of the first stage provides a third voltage.

4. (Original) The power supply of claim 3, wherein the at least one switching device is selected from the group consisting of: any type of field effect transistor (FET), a metal-oxide-semiconductor field-effect-transistor (MOSFET) and any type of bipolar junction transistor.

5. (Original) The power supply of claim 3, wherein the first stage is within the range of 10-11V to drive a MOSFET switch.

6. (Original) The power supply of claim 3, wherein the second stage comprises a buck converter.

7. (Currently Amended) The power supply of claim 6, wherein the second voltage ~~level~~ is at least 2.6V.

8. (Original) A power supply for use in a solar electric production system, comprising:

a first stage having an input and an output, the input of the first stage to receive power from a photovoltaic panel, the output of the first stage to provide a first voltage different from the voltage received at the input of the first stage;

a switchable load;

a second stage having an input connected to the output of the first stage, the second stage to supply power at a second voltage to a micro-controller; and

a control circuit to provide a signal to the switchable load to switch off the switchable load prior to providing a signal to the second stage to enable output from the second stage to the micro-controller.

9. (Original) The power supply of claim 8, wherein the switchable load comprises:

a resistive device; and

a switching device connected to the resistive device and controlled by the control circuit, the switching device selected from the group consisting of: any type of field effect transistor (FET), a metal-oxide-semiconductor field-effect-transistor (MOSFET) and any type of bipolar junction transistor.

10. (Original) The power supply of claim 9, wherein the control circuit further comprises:

a hysteresis amplifier to receive an input from the output of the first stage and to provide an output signal; and

a delay circuit to delay the output signal for the switching device.

11. (Original) The power supply of claim 8, wherein the first stage is a first step-down converter and the second stage is a second step-down converter.

12. (Original) The power supply of claim 8, wherein the second voltage is at least 2.6V.

13. (Original) The power supply of claim 8, wherein the first stage comprises a buck converter and a control circuit having a switching device, wherein when the switching device is on, the output of the first stage provides the first voltage; and when the switching device is off, the output of the first stage provides a third voltage.

14. (Original) The power supply of claim 13, wherein the at least one switching device is selected from a group consisting of: any type of field effect transistor (FET), a metal-oxide-

semiconductor field-effect-transistor (MOSFET) and any type of bipolar junction transistor.

15. (Original) The power supply of claim 13, wherein the first voltage is within the range of 10-11V; and the third voltage is 7V.

16. (Original) The power supply of claim 8, further comprising:

a switch coupled to the output of the first stage; and

an enable circuit to turn the switch on after the power supplied at the second voltage from the second stage reaches a threshold and a control circuit is operative.

17. (Original) The power supply of claim 16, further comprising: a capacitor coupled to the input of the second stage.

18 (Original) A method for powering a solar electric production system, comprising:

converting a voltage received from a photovoltaic panel into a first voltage different from the voltage from the photovoltaic panel;

preventing a micro-controller from being powered by the photovoltaic panel until the first voltage is stable to support the micro-controller;

converting the first voltage into a second voltage for the micro-controller; and

supplying the second voltage to the micro-controller after the first voltage is stable to support the micro-controller.

19. (Original) The method of claim 18, further comprising:

feeding power generated by the photovoltaic panel into a switchable load configured to emulate a load of the micro-controller, before the supplying of the second voltage to the micro-controller; and

switching off the switchable load after the first voltage is stable to support the micro-controller and before the supplying of the second voltage to the micro-controller.

20. (Original) The method of claim 19, further comprising:

feeding the first voltage into a hysteresis amplifier having an output to prevent oscillations; and

feeding the output of the hysteresis amplifier into a delay circuit to enable the supplying of the second voltage to the micro-controller and to switch off the switchable load.

## REMARKS

The foregoing amendments and the remarks that follow are meant to impart precision to the claims, and more particularly point out the invention, rather than to avoid prior art.

### Drawings

A new sheet of drawing having a new Fig. 6 is submitted herewith to show a "photovoltaic panel" and a "micro-controller." Fig. 6 is supported by at least claim 1 as originally filed. Thus, Applicant believes that the objections to the drawings have been overcome.

### Claim Objection

Claims 6 and 7 were objected to as being of improper dependent form for failing to further limit the subject matter of the previous claim. Applicant respectfully disagrees.

Claim 6 depends from claim 3. Claim 3 recites "the ***first*** stage comprises: a buck converter" and claim 6 further recites "the ***second*** stage comprises a buck converter." Thus, claim 6 further limits the subject matter. Claim 7 depends from claim 6 and further limits the subject matter via the recited feature of "the second voltage is at least 2.6V." Thus, the withdrawal of the claim objections is respectfully requested.

### 35 U.S.C. 103

Claims 1, 2 and 18 were rejected under 35 U.S.C. 103(a) as being unpatentable over U.S. Patent App. Pub. No. 2007/0001653 ("Xu") in view of U.S. Patent App. Pub. No. 2008/0179949 ("Besser"). The rejection is respectfully traversed.

Claim 1 requires: "the output of the first stage is turned on and stable ***for a period of time*** before the second stage is turned on to supply the power at the second voltage to the micro-controller." The circuit of Xu (e.g., Fig. 2) does not meet the requirement of claim 1. Although the "operation of the charging of C" in Fig. 2 of Xu requires a period of time, the circuit of Xu has no operation that ensures that the capacitor "C" has been "***stable*** for a period of time before the second stage is turned on." Before the capacitor "C" is sufficiently charged, the output of the

capacitor "C" is not turned on and stable for a period of time. Thus, the disclosure of Xu does not meet the requirement of claim 1. Since Besser is not sufficient to cure this deficiency of Xu, claim 1 and its dependent claims are seen patentable.

Claim 18 requires: "preventing a micro-controller from being powered by the photovoltaic panel until the first voltage is stable to support the micro-controller". The capacitor "C" in Fig. 2 of Xu does not perform the operation of "***preventing*** …" as recited in claim 18. Since Besser is not sufficient to cure this deficiency of Xu, claim 18 and its dependent claims are seen patentable.

Claims 3-9, 11-15 and 19 were rejected under 35 U.S.C. 103(a) as being unpatentable over Xu in view of Besser and U.S. Patent App. Pub. No. 2007/0278861 ("Lou").

Xu does not disclose the feature of "a control circuit to provide a signal to the switchable load to ***switch off*** the switchable load prior to providing a signal to the second stage to enable output from the second stage to the micro-controller" recited in claim 8. Besser and Lou are not sufficient to cure the deficiency of Xu. Thus, claim 8 and its dependent claims are seen patentable.

Claims 10 and 20 were rejected under 35 U.S.C. 103(a) as being unpatentable over Xu in view of Besser, Lou, and U.S. Patent No. 7,821,281 ("Chen"). Claims 16 and 17 were rejected under 35 U.S.C. 103(a) as being unpatentable over Xu in view of Besser, Lou, and U.S. Patent No. 7,560,915 ("Ito"). Applicant respectfully traverses all of the rejections.

The dependent claims are patentable both by their dependence on patentable independent claims and in their own right. While all of the Examiner's rejections are respectfully traversed, it is submitted that the foregoing reasons are sufficient to demonstrate the patentability of the pending claims without addressing any remaining rejections.

## CONCLUSION

It is respectfully submitted that all of the Examiner's objections have been successfully traversed and that the application is now in order for allowance. Accordingly, reconsideration of the application and allowance thereof is courteously solicited.

Authorization is hereby given to charge our Deposit Account No. 50-2638 for any charges that may be due. Furthermore, if an extension is required, then such an extension is hereby requested.

Respectfully submitted,

Date: November 19, 2012

/Lehua Wang/
Lehua Wang
Registration No. 48,023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Inventors: | Daniel Eizips, et al. | Examiner: | Haresh Patel |
| Serial No.: | 13/460,545 | Group Art Unit: | 2493 |
| Filed: | April 30, 2012 | Confirmation: | 4904 |
| Title: | Systems and Methods for an Identification Protocol between a Local Controller and a Master Controller | | |

**RESPONSE TO NON-FINAL OFFICE ACTION**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir/Madam:

In response to the Non-Final Office Action mailed October 9, 2013, please kindly enter the following amendments and consider the following remarks/arguments:

**Amendments to the Claims** are reflected in the list of claims that begins on page 2 of this paper;

**Amendments to the Specification** begin on page 7 of this paper; and

**Remarks/Arguments** begin on page 8 of this paper.

## CLAIMS

1-9. (Cancelled)

10. (Currently Amended) A non-transitory computer-readable storage medium ~~for tangibly~~ storing thereon computer readable instructions~~, the instructions causing~~ configured to instruct a master management unit to perform a method, the method comprising:
receiving an identification code from a first local management unit, the identification code associated with the first local management unit, and the first local management unit coupled to control a solar module; and
sending an authentication of the identification code, the authentication to cause the first local management unit to continue active operation.

11. (Original) The storage medium of claim 10, wherein:
the method further comprises looking up the identification code to confirm that operation of the first local management unit is authorized; and
the sending is in response to confirmation that the operation is authorized and comprises sending a first activation message including the authentication to the first local management unit, the first activation message to cause the first local management unit to continue the active operation for a first duration time.

12. (Original) The storage medium of claim 11, wherein the method further comprises:
after the first duration time expires, again receiving the identification code from the first local management unit;
again looking up the identification code to confirm that operation of the first local management unit is authorized; and
in response to a confirmation that the operation is again authorized, sending a second activation message to cause the first local management unit to continue active operation for a second duration time.

13. (Original) The storage medium of claim 11, wherein the looking up comprises looking up the identification code in a data repository including a plurality of identification codes, each identification code corresponding to a respective local management unit.

14. (Original) The storage medium of claim 13, wherein the method further comprises:
receiving a message from the first local management unit, the message containing data that validates the first local management unit; and
in response to receiving the message, registering the first local management unit in the data repository as being valid.

15. (Original) The storage medium of claim 13, wherein the method further comprises:
receiving a message from the first local management unit that fails to validate the first local management unit; and
in response to receiving the message, registering the first local management unit in the data repository as being invalid.

16. (Original) The storage medium of claim 10, wherein the method further comprises sending a configuration profile from the master management unit to the first local management unit, the configuration profile corresponding to the identification code.

17. (Original) The storage medium of claim 10, wherein the method further comprises:
sending a list of registered local management units, including the first local management unit, to a server;
receiving results of a comparison via the server of the list to data regarding invalid local management units; and
in response to the comparison indicating that the first local management unit is invalid, refusing to send an authentication to the first local management unit to permit continuation of active operation.

18. (Original) The storage medium of claim 17, wherein the method further comprises sending data to the server regarding a local management unit that the master management unit has determined is invalid.

19-20. (Cancelled)

21. (New) A method implemented in a master management unit, the method comprising:
receiving an identification code from a first local management unit, the identification code associated with the first local management unit, and the first local

management unit coupled to control a solar module; and

sending an authentication of the identification code, the authentication to cause the first local management unit to continue active operation.

22. (New) The method of claim 21, further comprising:

looking up the identification code to confirm that operation of the first local management unit is authorized; and

wherein the sending is in response to confirmation that the operation is authorized and comprises sending a first activation message including the authentication to the first local management unit, the first activation message to cause the first local management unit to continue the active operation for a first duration time.

23. (New) The method of claim 22, further comprising:

after the first duration time expires, again receiving the identification code from the first local management unit;

again looking up the identification code to confirm that operation of the first local management unit is authorized; and

in response to a confirmation that the operation is again authorized, sending a second activation message to cause the first local management unit to continue active operation for a second duration time.

24. (New) The method of claim 22, wherein the looking up comprises looking up the identification code in a data repository including a plurality of identification codes, each identification code corresponding to a respective local management unit.

25. (New) The method of claim 24, further comprising:

receiving a message from the first local management unit, the message containing data that validates the first local management unit; and

in response to receiving the message, registering the first local management unit in the data repository as being valid.

26. (New) The method of claim 24, further comprising:

receiving a message from the first local management unit that fails to validate the first

local management unit; and

in response to receiving the message, registering the first local management unit in the data repository as being invalid.

27. (New) A master management unit, comprising:

at least one processor;

a memory storing instructions configured to instruct the at least one processor to at least:

receive an identification code from a first local management unit, the identification code associated with the first local management unit, and the first local management unit coupled to control a solar module; and

send an authentication of the identification code, the authentication to cause the first local management unit to continue active operation.

28. (New) The master management unit of claim 27, wherein:

the instructions are further configured to instruct the at least one processor to look up the identification code to confirm that operation of the first local management unit is authorized; and

the authentication is sent in response to confirmation that the operation is authorized and sent with a first activation message including the authentication to the first local management unit, the first activation message to cause the first local management unit to continue the active operation for a first duration time.

29. (New) The master management unit of claim 27, wherein the instructions are further configured to instruct the at least one processor to send a configuration profile from the master management unit to the first local management unit, the configuration profile corresponding to the identification code.

30. (New) The master management unit of claim 27, wherein the instructions are further configured to instruct the at least one processor to:

send a list of registered local management units, including the first local management unit, to a server;

receive results of a comparison via the server of the list to data regarding invalid local management units; and

in response to the comparison indicating that the first local management unit is invalid, refuse to send an authentication to the first local management unit to permit continuation of active operation.

31. (New) The master management unit of claim 30, wherein the instructions are further configured to instruct the at least one processor to send data to the server regarding a local management unit that the master management unit has determined is invalid.

**SPECIFICATION**

Please replace the title of the application with the following amended title.

"Systems and Methods for an Identification Protocol between a Local Controller Coupled to Control a Solar Module and a Master Controller"

## REMARKS

The foregoing amendment and the following arguments are provided generally to impart precision to the claims, by more particularly pointing out the invention, rather than to avoid prior art.

### *Specification*

The title was objected to. The title is currently amended as "Systems and Methods for an Identification Protocol between a Local Controller Coupled to Control a Solar Module and a Master Controller" [Emphasis added].

### *Elections/ Restrictions*

Restriction to one of the following inventions was required under 35 U.S.C. 121:

I. Claims 1-9, 19 and 20; and

II. Claims 10-18

The oral election of Group II, made in a telephone call on Oct. 3, 2013 to Bruce Neel, is hereby confirmed.

### *Claim Objections*

Claims 10-18 were objected. Claim 10 is amended in accordance with the suggestion of the examiner.

### *Rejections under 35 U.S.C. §102(e)*

Claims 10-18 were rejected under 35 U.S.C. §102(e) as being anticipated by U.S. Pat. App. Pub. No. 2011/0172842 ("Makhota-Tigo-Energy"). The rejections are respectfully traversed.

It is respectfully submitted that Makhota-Tigo-Energy is not a proper prior art reference. The present application names inventors: Daniel Eizips; Shmuel Arditi; Ron Hadar; and Maxym Makhota. The parent applications of Makhota-Tigo-Energy, Prov. U.S. Pat. App. Ser. No.

61/335,004 filed Dec. 29, 2009, and U.S. Pat. App. Ser. No. 12/895,745 filed Sep. 30, 2010, also name the same set of inventors.

Thus, if the examiner were to find support of the claimed invention in the provisional application 61/335,004 and/or the nonprovisional application 12/895,745, it would be evidence that the invention as claimed were made by the inventors on or before the filing date(s) of the provisional application 61/335,004 and/or the nonprovisional application 12/895,745; and as a result, Makhota-Tigo-Energy is not a prior art reference under 35 U.S.C. §102(e).

Makhota-Tigo-Energy was filed on Mar. 28, 2011. The present application is a divisional application of U.S. Pat. App. No. 12/985,883 filed Jan. 6, 2011, which claims priority to Prov. U.S. Pat. App. Ser. No. 61/335,568 filed Jan. 8, 2010. Thus, if the examiner were not able to find support of the claimed invention in the provisional application 61/335,004 and/or the nonprovisional application 12/895,745,the priority date of the present application would before the filing date of Makhota-Tigo-Energy; and as a result, Makhota-Tigo-Energy is not a prior art reference under 35 U.S.C. §102(e).

Thus, Makhota-Tigo-Energy is not a prior art reference under 35 U.S.C. §102(e). The withdrawal of the rejection over Makhota-Tigo-Energy is respectfully requested.

## CONCLUSION

It is respectfully submitted that all of the Examiner's objections have been successfully traversed and that the application is now in order for allowance. Accordingly, reconsideration of the application and allowance thereof is courteously solicited.

Respectfully submitted,

Date: February 7, 2014

/Lehua Wang/
Lehua Wang
Reg. No. 48,023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| **Inventor(s):** | Ron Hadar | **Examiner:** | Robert L. Deberadinis |
| **Serial No.:** | 13/357,331 | **Art Unit:** | 2836 |
| **Filed:** | January 24, 2012 | **Confirmation:** | 9256 |
| **Title:** | SYSTEMS AND METHOD FOR LIMITING MAXIMUM VOLTAGE IN SOLAR PHOTOVOLTAIC POWER GENERATION SYSTEMS | | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**RESPONSE TO NON-FINAL OFFICE ACTION**

Dear Sir:

In response to the Non-Final Office Action mailed February 29, 2012, please enter the following amendments and consider the following remarks/arguments.

**IN THE SPECIFICATION**

Please replace paragraph **[0001]** with the following amended paragraph.

**[0001]** The present application is a continuation application of U.S. Patent Application Ser. No. 12/562,933, filed Sep. 18, 2009, now U.S. Patent No. 8,102,074, and entitled "SYSTEMS AND METHOD FOR LIMITING MAXIMUM VOLTAGE IN SOLAR PHOTOVOLTAIC POWER GENERATION SYSTEMS," which claims the benefit of Provisional U.S. Patent Application Ser. No. 61/273,210, filed Jul. 30, 2009 and entitled "SYSTEM AND METHOD FOR LIMITING MAXIMUM VOLTAGE IN SOLAR PHOTOVOLTAIC POWER GENERATION SYSTEMS," the disclosures of which applications are incorporated herein by reference in their entirety.

## REMARKS

### Specification

Paragraph [0001] of the specification was objected for informality. Applicant has amended paragraph [0001] of specification to remove informality, and respectfully submits that the objection has been overcome.

### Double Patenting

Claims 1-20 were rejected on ground of nonstatutory obviousness-type double patenting. A terminal disclaimer is submitted herewith to overcome the rejection.

## CONCLUSION

It is respectfully submitted that all of the Examiner's objections have been successfully traversed and that the application is now in order for allowance. Accordingly, reconsideration of the application and allowance thereof is courteously solicited.

Authorization is hereby given to charge our Deposit Account No. 50-2638 for any charges that may be due. Furthermore, if an extension is required, then such an extension is hereby requested.

Respectfully submitted,

Date: May 18, 2012

/Lehua Wang/
Lehua Wang
Registration No. 48,023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Inventors: | Ron Hadar, et al. | Examiner: | Robert Deberadinis |
| Serial No.: | 13/092,783 | Group Art Unit: | 2836 |
| Filed: | April 22, 2011 | Confirmation: | 7329 |
| Title: | System and Method for Enhanced Watch Dog in Solar Panel Installations | | |

**RESPONSE TO NON-FINAL OFFICE ACTION**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir/Madam:

In response to the Non-Final Office Action mailed November 7, 2013, please kindly enter the following amendments and consider the following remarks/arguments:

**Amendments to the Claims** are reflected in the list of claims that begins on page 2 of this paper;

**Remarks/Arguments** begin on page 6 of this paper.

**CLAIMS**

1. (Currently Amended) A system comprising:

a master management unit (MMU); and

a local management unit (LMU) in communication with the master management unit (MMU), the LMU controlling one or more solar modules;

wherein the MMU is connected to at least one sensor, the sensor configured to detect an anomaly; and

wherein upon detection of the anomaly by the sensor, the MMU sends a command to the LMU to alter the state of an associated solar module; and

wherein upon receiving a command from the MMU, the LMU alters the state of the one or more solar modules in accordance with command.

2. (Original) The system of claim 1, wherein the MMU queries the sensor for the anomaly.

3. (Original) The system of claim 1, wherein the sensor notifies the MMU of the anomaly.

4. (Original) The system of claim 1, wherein the command is selected from the group consisting of:

a command to shutdown the module;

a command to disconnect the module; and

a command to alter the output of the module.

5. (Original) The system of claim 1, wherein:

the MMU is connected to a network; and

the sensor is connected to the network.

6. (Original) The system of claim 1, further comprising:

a watchdog unit to monitor a communication in a solar array between the master management unit (MMU) and a respective local management unit (LMU);

wherein if the communication is interrupted between the MMU and the respective LMU, the watchdog unit sends polls to the MMU up to a specified number of times;

wherein if the watchdog unit receives no response after completing the polls, receives a command to modify operation of a solar module, or receives an inappropriate response, then the watchdog unit issues an instruction to the respective LMU to modify operation of the solar module.

7. (Original) The system of claim 6, wherein the respective LMU comprises the watchdog unit.

8. (Original) The system of claim 6, wherein the instruction is selected from the group consisting of an instruction to shut off the solar module, an instruction to disconnect the solar module from the solar array, and an instruction to reduce the output power of the solar module.

9. (Original) The system of claim 1, further comprising:

a watchdog unit coupled between a solar module and a power bus, the power bus configured to connect a plurality of solar modules to an inverter, the watchdog unit having:

a local controller to monitor a communication from a central controller remote from the solar module and determine whether the communication is interrupted;

means to poll the central controller to determine if an interruption of the communication is transient;

at least one switch to disconnect the solar module from the power bus if the interruption of the communication is not transient;

wherein the watchdog unit is configured to connect the solar module to the power bus when the communication is not interrupted.

10. (Original) The system of claim 9, further comprising a junction box housing the watchdog unit, the junction box to provide connectivity between the solar module and the power bus.

11. (Original) The system of claim 10, wherein the local controller is configured to control a duty cycle of the switch to control an output voltage from the junction box; and the local controller is configured to operate using power from the solar module.

12. (Original) The system of claim 9, further comprising a bypass circuit configured to enable current in the power bus to bypass the solar module when the switch disconnects the solar module from the power bus.

13. (Original) The system of claim 9, wherein the watchdog unit is configured to determine irregularity in periodicity of the communication to determine whether the communication is interrupted.

14. (Original) The system of claim 9, further comprising

the solar module; and

a junction box coupled with the solar module to provide connectivity to the power bus, wherein the watchdog unit resides in the junction box.

15. (Canceled)

16. (Currently Amended) The method of ~~claim 15~~ claim 17, wherein the monitoring comprises one of: the MMU querying the sensor for the anomaly, and the sensor notifying the MMU of an anomaly.

17. (Currently Amended) A method comprising:

monitoring a sensor for an anomaly by a master control unit (MMU);

determining by the MMU if the sensor has detected an anomaly and, if the sensor has detected an anomaly, the MMU determining if the anomaly requires a control change; and

issuing a control change command to a local management unit if the anomaly requires a control change, ~~The method of claim 15,~~ wherein the control change command is selected from the group consisting of:

a command to shut down one or more solar modules;

a command to disconnect one or more solar modules;

a command to shut down one or more solar module strings;

a command to alter the output of a solar module;

a command to shutdown one or more LMUs;

a command to disconnect one or more LMUs

a command to shutdown an inverter;

a command to disconnect an inverter;

a command to do nothing; and

no command.

18. (Currently Amended) The method of ~~claim 15~~ claim 17, wherein:

the MMU is connected to a network; and

the sensor is connected to the network.

19. (Original) A computer-implemented method comprising:

monitoring, via a computing device, a signal from a central controller remote from the computing device;

determining, via the computing device, if there is a loss of signal;

polling, via the computing device, the central controller to determine if the loss of signal is transient;

disconnecting, via the computing device, one or more solar modules from a power bus if the loss of signal is not transient, the power bus configured to connect a plurality of solar modules to an inverter;

waiting, via the computing device, for a restart signal; and

connecting, via the computing device, the one or more solar modules to the power bus when the restart signal is received.

20. (Original) The method of claim 19, further comprising:

enabling, via the computing device, a bypass circuit when the one or more solar modules are disconnected from the power bus, so that current continues to flow in the power bus.

## REMARKS

The foregoing amendment and the following arguments are provided generally to impart precision to the claims, by more particularly pointing out the invention, rather than to avoid prior art.

*Allowable Subject Matter*

Applicant thanks the examiner for pointing out the allowable subject matters in claims 1-14 and 17-20. Claim 17 is rewritten in an independent form. Claims 16 and 18 are amended to depend from claim 17. Claim 15 is canceled. Thus, the application is in condition for allowance.

## CONCLUSION

It is respectfully submitted that all of the Examiner's objections have been successfully traversed and that the application is now in order for allowance. Accordingly, reconsideration of the application and allowance thereof is courteously solicited.

Respectfully submitted,

Date: April 7, 2014

/Lehua Wang/

Lehua Wang
Reg. No. 48,023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Inventors: | Ron Hadar, et al. | Examiner: | Fritz Fleming |
| Serial No.: | 12/506,929 | Group Art Unit: | 2836 |
| Filed: | July 21, 2009 | Confirmation: | 4977 |
| Title: | Systems and Methods for using a Power Converter for Transmission of Data Over the Power Feed | | |

**<u>RESPONSE TO FINAL OFFICE ACTION</u>**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir/Madam:

In response to the Final Office Action mailed September 3, 2013, please kindly enter the following amendments and consider the following remarks/arguments, in support of a Request for Continued Examination (RCE):

**<u>Amendments to the Claims</u>** are reflected in the list of claims that begins on page 2 of this paper;

**<u>Remarks/Arguments</u>** begin on page 6 of this paper.

## CLAIMS

1. (Currently Amended) An apparatus, comprising:

a photovoltaic energy production unit to generate electricity; and

a local management unit, coupled between the photovoltaic energy production unit and a connection of energy production units forming a string bus, the local management unit having

a controller, [[and]]

a voltage converter having switching circuitry, and

a communication transmission modulator;

wherein the controller [[to]] provides a control for the switching circuitry to cause the voltage converter to deliver electrical energy generated by the photovoltaic energy production unit to the string bus; and

wherein the [[a]] communication transmission modulator~~, coupled to the local management unit, to~~ modulates the control, provided by the controller to the switching circuitry of the voltage converter, with data to be transmitted from the local management unit over the string bus~~ at a frequency assigned to the local management unit different from another frequency assigned to another local management unit connected to the string bus~~.

2. (Original) The apparatus of claim 1, wherein the controller employs pulse width modulation (PWM) to control delivery of the electrical energy by the switching circuitry.

3. (Original) The apparatus of claim 2, wherein the communication transmission modulator modulates the control according to MFM (modified frequency modulation).

4. (Original) The apparatus of claim 2, wherein the communication transmission modulator modulates the control according to Manchester encoding.

5. (Original) The apparatus of claim 1, wherein the local management unit is a series resonant converter.

6. (Original) The apparatus of claim 5, wherein the local management unit includes a transformer coupled to a rectifier circuit.

7. (Original) The apparatus of claim 1, further comprising a notch filter connected to the local management unit.

8. (Original) The apparatus of claim 1, further comprising a receiver, coupled to the string bus and a combiner box associated with an inverter, the receiver for receiving modulated signals from the local management unit.

9. (Original) The apparatus of claim 8, wherein the receiver includes a receiving path separate from the string bus.

10. (Original) The apparatus of claim 1, wherein the controller is configured to control the switching circuitry based on at least one of a duty cycle, a phase shift, and a synchronization pulse.

11. (Original) The apparatus of claim 1, further comprising a single chip microcontroller, and wherein the controller is a module driver.

12. (Currently Amended) A method, comprising:

providing a local management unit to couple a solar energy production unit to a connection of energy production units forming a string bus, the local management unit having

a controller, [[and]]

a voltage converter having switching circuitry, and

a communication transmission modulator;

providing, by the controller, ~~to provide~~ a control for the switching circuitry to cause the voltage converter to deliver electrical energy generated by the photovoltaic energy production unit to the string bus; and

modulating, by the ~~providing a~~ communication transmission modulator, ~~to modulate~~ the control, provided by the controller to the switching circuitry of the voltage converter, with data to be transmitted from the local management unit over the string ~~at a frequency assigned to the local management unit different from another frequency assigned to another local management unit connected to the string bus~~.

13. (Original) The method of claim 12, wherein the providing a local management unit comprises:

employing pulse width modulation (PWM) to control delivery of the electrical energy by the switching circuitry.

14. (Original) The method of claim 12, wherein the providing a communication transmission modulator comprises:

modulating the control according to MFM (modified frequency modulation).

15. (Original) The method of claim 12, wherein the providing a communication transmission modulator comprises:

modulating the control according to Manchester coding.

16. (Original) The method of claim 12, wherein the local management unit is a series resonant converter.

17. (Original) The method of claim 12, further comprising:

receiving modulated signals from the local management unit.

18. (Original) The method of claim 17, wherein the receiving modulated signals further comprises:

receiving the modulated signals on a separate path from the string bus.

19. (Original) The method of claim 12, wherein the providing a local management unit further comprises:

controlling the switching circuitry based on at least one of a duty cycle, a phase shift, and a synchronization pulse.

20. (Currently Amended) An energy generation system, comprising:

a plurality of ~~photovoltaic~~ energy production units to generate electricity;

a string bus~~, connected to the photovoltaic energy production unit,~~ providing a connection for [[a]] the plurality of energy production units~~, and a communications medium for data transmission;~~ wherein each of the plurality of energy production units includes:

a photovoltaic energy production unit, and

a local management unit, coupled between the photovoltaic energy production unit and the string bus, the local management unit including:

a controller; [[and]]

a voltage converter having switching circuitry, wherein the controller provides a control for the switching circuitry to cause the voltage controller to deliver electrical energy generated by the photovoltaic energy production unit to the string bus;

a communication transmission modulator~~, associated with the local management unit,~~ configured to modulate the control, provided by the controller to the switching circuitry of the voltage converter, with data to be transmitted from the local management unit over the string bus~~ at a frequency assigned to the local management unit different from another frequency assigned to another local management unit connected to the string bus~~; and

a receiver[[,]] connected [[to]] between the string bus and a combiner box, the receiver configured to recover the data ~~from modulated signals~~ transmitted over the string bus.

## REMARKS

The foregoing amendment and the following arguments are provided generally to impart precision to the claims, by more particularly pointing out the invention, rather than to avoid prior art.

*Rejections under 35 U.S.C. §112(b)*

Claims 1-20 were rejected under 35 U.S.C. §112(b) or 35 U.S.C. §112(pre-AIA). Without admitting the propriety of the rejection, Applicant amends the independent claims to remove the term "another local management unit".

*Rejections under 35 U.S.C. §103(a)*

Claims 1, 12, 17 and 18 were rejected under 35 U.S.C. §103(a) as being unpatentable over U.S. Pat. App. Pub. No. 2005/0172995 ("Rohrig") in view of U.S. Pat. App. Pub. No. 2007/0211888 ("Corcoran"). The rejections are respectfully traversed.

In one embodiment, the switching circuitry of a voltage converter is modulated not only to perform voltage conversion, but also modulating data. For example, claim 1 recites:

> "wherein the controller provides a control for the switching circuitry to cause the voltage converter to deliver electrical energy generated by the photovoltaic energy production unit to the string bus; and
> wherein the communication transmission modulator modulates ***the*** control, ***provided by the controller to the switching circuitry of the voltage converter***, with data to be transmitted from the local management unit over the string bus" (Claim 1, the present application) [Emphasis Added]

By modulating the control of the switching circuitry of the voltage converter, a dedicated modulation unit for data communication can be eliminated.

In contrast, Fig. 12 of Rohrig shows a dedicated modulation unit 60e that operates independently of the DC/DC converter 70e. Specifically, the dedicated modulation unit 60e of Rohrig does not modulate the control of the DC/DC converter 70e. Furthermore, the DC/DC converter 70e of Rohrig is configured to drive the bypass current onto the energy bypass path

74c, while the modulation unit 60e of Rohrig is configured to modulate data on the main energy path 18c (see, e.g., Par. [0080], Rohrig) that is separate from the bypass path 74c. Thus, the disclosure of Rohrig does not meet the feature of "the communication transmission modulator modulates ***the*** control, ***provided by the controller to the switching circuitry of the voltage converter***, with data to be transmitted from the local management unit over ***the*** string bus" recited in claim 1.

Corcoran is insufficient to cure the above discussed deficiency of Rohrig. The above discussed deficiency of Rohrig and Corcoran are also applicable to the rejections of claims 12 and 20. Thus, at least for the above discussed reasons, claims 1, 12, 20 and their dependent claims are seen patentable.

Claims 2, 10, 11, 13, 19 were rejected under 35 U.S.C. §103(a) as being unpatentable over Rohrig and Corcoran in view of U.S. Pat. App. Pub. No. 2004/0118446 ("Toyomura"). Claims 3 and 14 were rejected under 35 U.S.C. §103(a) as being unpatentable over Rohrig and Corcoran in view of U.S. Patent No. 4,363,040 ("Inose"). Claims 4 and 15 were rejected under 35 U.S.C. §103(a) as being unpatentable over Rohrig and Corcoran in view of U.S. Pat. App. Pub. No. 2002/0113689 ("Gehlot"). Claims 5, 6 and 16 were rejected under 35 U.S.C. §103(a) as being unpatentable over Rohrig and Corcoran in view of U.S. Pat. App. Pub. No. 2005/0180175 ("Torrey"). Claim 7 was rejected under 35 U.S.C. §103(a) as being unpatentable over Rohrig and Corcoran in view of U.S. Patent No. 5,722,057 ("Wu"). Claims 8, 9, 20 were rejected under 35 U.S.C. §103(a) as being unpatentable over Rohrig and Corcoran in view of U.S. Pat. App. Pub. No. 2004/0264225 ("Bhavaraju"). The rejections are respectfully traversed.

The additional references cited for the additional features recited in remaining claims are insufficient to cure the deficiencies of Rohrig and Corcoran discussed above in connection with the independent claims 1, 12 and 20. Thus, the remaining claims are seen patentable at least for the above-discussed deficiencies of Rohrig and Corcoran.

## CONCLUSION

It is respectfully submitted that all of the Examiner's objections have been successfully traversed and that the application is now in order for allowance. Accordingly, reconsideration of the application and allowance thereof is courteously solicited.

Respectfully submitted,

Date: December 30, 2013

/Lehua Wang/

Lehua Wang
Reg. No. 48,023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Inventor: | Mordechay Avrutsky | Examiner: | Jeffrey Gblende |
| Serial No.: | 15/392,960 | Group Art Unit: | 2838 |
| Filed: | December 28, 2016 | Confirmation: | 3397 |
| Title: | Systems and Methods for Enhanced Efficiency Auxiliary Power Supply Module | | |

**AMENDMENT UNDER 37 CFR 1.312**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir/Madam:

Please kindly enter the following amendments and consider the following remarks/arguments:

**Amendments to the Claims** are reflected in the list of claims that begins on page 2 of this paper;

**Remarks/Arguments** begin on page 7 of this paper.

**CLAIMS**

1. (Original) An apparatus, comprising:

a first stage power converter to generate a first output from a direct current input;

a second stage power converter connected to the first stage power converter to convert the first output to a second output;

a micro-controller;

a power absorption circuit; and

a control circuit coupled with the first stage power converter and the second stage power converter, the control circuit powered by the first output to control the second stage power converter, wherein:

when the second stage power converter is in a first mode of not providing the second output to power the micro-controller, the control circuit monitors a voltage of the first output powering the power absorption circuit and signals the second stage power converter to remain in the first mode during a time period in which the voltage is below a threshold; and

when the voltage is above the threshold, the control circuit signals the second stage power converter to enter a second mode of providing the second output to power the micro-controller.

2. (Original) The apparatus of claim 1, wherein the power absorption circuit comprises a capacitor coupled to the first output.

3. (Original) The apparatus of claim 2, wherein the voltage above the threshold allows the capacitor to power the second stage to operate the micro-controller for at least a predetermined period of time in absence of power input from the first stage during the predetermined period of time.

4. (Original) The apparatus of claim 1, wherein the power absorption circuit comprises a switchable load.

5. (Currently Amended) The apparatus of claim 4, wherein the control circuit signals the

switchable load to be in a first state to consume the first output when the second stage power converter is in the first mode and to be in a second state not to consume the first output when the voltage is above the threshold.

6. (Original) The apparatus of claim 5, wherein, when the switchable load is in the second state, the voltage above the threshold is sufficient to power the second state to operate the micro-controller for at least a predetermined period of time during which the direct current input to the first stage power converter has diminishing power.

7. (Original) The apparatus of claim 5, wherein the switchable load comprises:

a resistive device; and

a switching device connected to the resistive device, wherein the switching device is turned on in the first state to connect the resistive device to the first output and turned off in the second state to disconnect the resistive device from the first output.

8. (Original) The apparatus of claim 5, wherein the control circuit delays a first signal instructing the switching device to change from the first state to the second state to generate a second delayed signal that instructs the second stage to change from the first mode to the second mode.

9. (Original) The apparatus of claim 8, wherein the control circuit comprises:

a hysteresis amplifier coupled to the first output to generate the first signal; and

a delay circuit coupled to the first signal to generate the second delayed signal.

10. (Original) A method to supply power, the method comprising:

providing a first stage power converter to generate a first output from a direct current input, wherein the first stage power converter is coupled to a power absorption circuit;

providing a second stage power converter connected to the first stage power converter to convert the first output to a second output, wherein the second stage power converter is coupled to a micro-controller;

powering, by the first output, a control circuit that is coupled with the first stage power

converter and the second stage power converter; and

controlling, by the control circuit powered by the first output, the second stage power converter, by:

when the second stage power converter is in a first mode of not providing the second output to power the micro-controller, monitoring a voltage of the first output powering the power absorption circuit and signaling the second stage power converter to remain in the first mode during a time period in which the voltage is below a threshold; and

when the voltage is above the threshold, signaling the second stage power converter to enter a second mode of providing the second output to power the micro-controller.

11. (Original) The method of claim 10, further comprising:
providing, in the power absorption circuit, a capacitor coupled to the first output.

12. (Original) The method of claim 11, wherein the voltage above the threshold allows the capacitor to power the second stage to operate the micro-controller for at least a predetermined period of time in absence of power input from the first stage during the predetermined period of time.

13. (Original) The method of claim 10, further comprising:
providing, in the power absorption circuit, a switchable load.

14. (Currently Amended) The method of claim 13, wherein the control circuit signals the switchable load to be in a first state to consume the first output when the second stage power converter is <u>in</u> the first mode and to be in a second state not to consume the first output when the voltage is above the threshold.

15. (Original) The method of claim 14, wherein, when the switchable load is in the second state, the voltage above the threshold is sufficient to power the second state to operate the micro-controller for at least a predetermined period of time during which the direct current input to the first stage power converter has diminishing power.

16. (Original) The method of claim 14, further comprising:

providing, in the switchable load:

a resistive device; and

a switching device connected to the resistive device, wherein the switching device is turned on in the first state to connect the resistive device to the first output and turned off in the second state to disconnect the resistive device from the first output.

17. (Original) The method of claim 14, further comprising:

delaying, by the control circuit, a first signal instructing the switching device to change from the first state to the second state to generate a second delayed signal that instructs the second stage to change from the first mode to the second mode.

18. (Original) The method of claim 17, further comprising:

providing, in the control circuit, a hysteresis amplifier coupled to the first output to generate the first signal; and

providing a delay circuit coupled to the first signal to generate the second delayed signal.

19. (Original) A power supply for use in a solar electric production system, the power supply comprising:

a first stage power converter having:

an input connected to a first voltage from a photovoltaic panel; and

an output providing a second voltage different from the first voltage from the photovoltaic panel;

a second stage power converter connected to the output of the first stage power converter, the second stage power converter supplying power at a third voltage to a micro-controller of the photovoltaic panel; and

a control circuit coupled to the first stage power converter and the second stage power converter and powered by the output of the first stage power converter, wherein after the first stage power converter is turned on, the control circuit instructs the second stage power converter to:

not supply the power at the third voltage to the micro-controller before a

determination that the output of the first stage power converter has been stable for a predetermined period of time; and

supply the power at the third voltage to the micro-controller after the determination that the output of the first stage power converter has been stable for the predetermined period of time.

20. (Original) The power supply of claim 19, wherein the first stage power converter is a first step-down converter, and the second stage power converter is a second step-down converter.

**REMARKS**

The above amendments correct typographical errors and/or remove informality. Authorization is hereby provided to charge any fees which may be required for the present filing, or credit any overpayment, to Deposit Account No. 50-2638.

Respectfully submitted,

Date: March, 14, 2018

/Lehua Wang/

Lehua Wang
Reg. No. 48023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | 15717244 |
| **Filing Date:** | 27-Sep-2017 |
| **Title of Invention:** | SYSTEM AND METHOD FOR ENHANCED WATCH DOG IN SOLAR PANEL INSTALLATIONS |
| **First Named Inventor/Applicant Name:** | Ron Hadar |
| **Filer:** | Lehua Wang/Tiffany Weeks |
| **Attorney Docket Number:** | 108144-204004/US (TGY040) |
| Filed as Small Entity | |

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 2501 | 1 | 500 | 500 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **500** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 35200189 |
| Application Number: | 15717244 |
| International Application Number: | |
| Confirmation Number: | 4275 |
| Title of Invention: | SYSTEM AND METHOD FOR ENHANCED WATCH DOG IN SOLAR PANEL INSTALLATIONS |
| First Named Inventor/Applicant Name: | Ron Hadar |
| Customer Number: | 64494 |
| Filer: | Lehua Wang/Tiffany Weeks |
| Filer Authorized By: | Lehua Wang |
| Attorney Docket Number: | 108144-204004/US (TGY040) |
| Receipt Date: | 20-FEB-2019 |
| Filing Date: | 27-SEP-2017 |
| Time Stamp: | 14:01:41 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $500 |
| RAM confirmation Number | 022119INTEFSW00000247502638 |
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Assignee showing of ownership per 37 CFR 3.73 | 108144-204004_StatementOfOwnership.pdf | 85878<br>23c00682a1266ee5c23845657f7fde50c24fbae9 | no | 3 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | 108144-204004_312_Amendment.pdf | 123086<br>1cf52423c7b1135e52b940027ec0d5af87965c03 | yes | 6 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 6 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Issue Fee Payment (PTO-85B) | 108144-204004_IssueFeeTransmittal.pdf | 112442<br>9545f3ebf083604a0b658d4406383e010af193e5 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Power of Attorney | 108144-204004_GPOA.pdf | 127856<br>c1f89275fb96b644b195cfe62dee94c2410385b3 | no | 1 |

**Warnings:**

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 5 | Fee Worksheet (SB06) | fee-info.pdf | 30301<br>c57484dc442822a64573891b17ed1ba5f40bd2a0 | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 479563 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: Tigo Energy, Inc.

Application No./Patent No.: 15/717,244 Filed/Issue Date: 09-27-2017

Titled: System and Method for Enhanced Watch Dog in Solar Panel Installations

Tigo Energy, Inc., a corporation

(Name of Assignee) (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. ☑ The assignee of the entire right, title, and interest.

2. ☐ An assignee of less than the entire right, title, and interest (check applicable box):

☐ The extent (by percentage) of its ownership interest is ________%. Additional Statement(s) by the owners holding the balance of the interest must be submitted to account for 100% of the ownership interest.

☐ There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

3. ☐ The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

4. ☐ The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. ☑ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel 039478, Frame 0617, or for which a copy thereof is attached.

B. ☐ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: ____________ To: ____________

The document was recorded in the United States Patent and Trademark Office at

Reel ________, Frame ________, or for which a copy thereof is attached.

2. From: ____________ To: ____________

The document was recorded in the United States Patent and Trademark Office at

Reel ________, Frame ________, or for which a copy thereof is attached.



This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: ______________________ To: ______________________

The document was recorded in the United States Patent and Trademark Office at

Reel ____________, Frame ____________, or for which a copy thereof is attached.

4. From: ______________________ To: ______________________

The document was recorded in the United States Patent and Trademark Office at

Reel ____________, Frame ____________, or for which a copy thereof is attached.

5. From: ______________________ To: ______________________

The document was recorded in the United States Patent and Trademark Office at

Reel ____________, Frame ____________, or for which a copy thereof is attached.

6. From: ______________________ To: ______________________

The document was recorded in the United States Patent and Trademark Office at

Reel ____________, Frame ____________, or for which a copy thereof is attached.

☐ Additional documents in the chain of title are listed on a supplemental sheet(s).

☑ As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| /Lehua Wang/ | Feb. 19, 2019 |
| Signature | Date |
| Lehua Wang | Reg. No. 48,023 |
| Printed or Typed Name | Title or Registration Number |

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Inventors: | Ron Hadar, et al. | Examiner: | Robert Deberadinis |
| Serial No.: | 15/717,244 | Group Art Unit: | 2836 |
| Filed: | September 27, 2017 | Confirmation: | 4275 |
| Title: | System and Method for Enhanced Watch Dog in Solar Panel Installations | | |

**AMENDMENT UNDER 37 C.F.R. §1.312**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir/Madam:

Please kindly enter the following amendments and consider the following remarks/arguments:

**Amendments to the Claims** are reflected in the list of claims that begins on page 2 of this paper;

**Remarks/Arguments** begin on page 6 of this paper.

# CLAIMS

*The following listing of claims hereby replaces all previous listings of claims*

1. (Currently Amended) A photovoltaic panel, comprising:

at least one photovoltaic cell;

a local unit configured on the photovoltaic panel, the local unit having:

a voltage regulator coupled to ~~the least~~ the at least one photovoltaic cell to receive electric power generated by the at least one photovoltaic cell; and

a controller coupled to the voltage regulator;

wherein the voltage regulator provides a power output of the photovoltaic panel using the electric power generated by the at least one photovoltaic cell;

wherein the controller communicates with a remote unit, disposed at a location remote from the local unit, to control operations of the voltage regulator;

wherein a sensor is monitored for an anomaly; and

wherein in response to a determination that the sensor has detected the anomaly, the controller causes the voltage regulator to shut down the power output of the photovoltaic panel based on a communication with the remote unit.

2. (Original) The photovoltaic panel of claim 1, wherein the remote unit and the sensor are connected in a network.

3. (Currently Amended) The photovoltaic panel of claim 2, wherein the remote unit monitors ~~queries the~~ queries from the sensor for the anomaly.

4. (Original) The photovoltaic panel of claim 2, wherein the remote unit receives, from the sensor, notifications of the anomaly.

5. (Original) The photovoltaic panel of claim 2, wherein in response to the anomaly, the communication includes a command selected from the group consisting of:

a command to shut down; and

a command to disconnect.

6. (Original) The photovoltaic panel of claim 1, wherein the communication causes the voltage regulator to shut down the power output of the photovoltaic panel and wait for a restart signal.

7. (Original) The photovoltaic panel of claim 6, wherein after the voltage regulator shuts down the power output of the photovoltaic panel, the voltage regulator continues to provide a voltage to power the controller.

8. (Original) The photovoltaic panel of claim 6, wherein when the voltage regulator shuts down the power output of the photovoltaic panel, a switch of the voltage regulator shorts the power output of the photovoltaic panel.

9. (Original) The photovoltaic panel of claim 6, wherein when the voltage regulator shuts down the power output of the photovoltaic panel, a switch of the voltage regulator disconnects a circuit path between an output line of the voltage regulator and an output terminal of the photovoltaic panel.

10. (Original) The photovoltaic panel of claim 6, wherein the controller causes the voltage regulator to shut down the power output of the photovoltaic panel in response to a predetermined number of skips of heartbeat signals from the remote unit.

11. (Original) The photovoltaic panel of claim 10, wherein when skips of heartbeat signals from the remote unit that are less than the predetermined number, the controller does not cause the voltage regulator to shut down the power output of the photovoltaic panel.

12. (Currently Amended) A photovoltaic panel, comprising:
at least one photovoltaic cell;
a local unit configured on the photovoltaic panel, the local unit having:
a voltage regulator coupled to ~~the least~~ the at least one photovoltaic cell to receive electric power generated by the at least one photovoltaic cell; and
a controller coupled to the voltage regulator;
wherein the voltage regulator provides a power output of the photovoltaic panel using the electric power generated by the at least one photovoltaic cell;

wherein the controller communicates with a remote unit, disposed at a location remote from the local unit, to control operations of the voltage regulator;

wherein the controller detects an anomaly in heartbeat signals from the remote unit; and

wherein in response to the anomaly, the controller causes the voltage regulator to reduce the power output of the photovoltaic panel.

13. (Currently Amended) The ~~apparatus~~ <u>photovoltaic panel</u> of claim 12, wherein the anomaly includes skips of heartbeat signals.

14. (Currently Amended) The ~~apparatus~~ <u>photovoltaic panel</u> of claim 13, wherein the controller causes the voltage regulator to reduce the power output of the photovoltaic panel when the anomaly includes a predetermined number of skips of the heartbeat signals.

15. (Currently Amended) The ~~apparatus~~ <u>photovoltaic panel</u> of claim 14, wherein when skips of the heartbeat signals are less than the predetermined number, the controller does not cause the voltage regulator to reduce the power output of the photovoltaic panel.

16. (Currently Amended) The ~~apparatus~~ <u>photovoltaic panel</u> of claim 13, wherein the remote unit causes the skips in response to a notification from a sensor.

17. (Currently Amended) The ~~apparatus~~ <u>photovoltaic panel</u> of claim 13, wherein the remote unit causes the skips in response to a response from a sensor responsive to an anomaly query.

18. (Currently Amended) A method comprising:

generating, by photovoltaic cells of a photovoltaic panel, electric power; and

regulating, by a voltage converter of the photovoltaic panel, the electric power generated by the photovoltaic cells of ~~a photovoltaic panel~~ <u>the photovoltaic panel</u> to provide a power output of the photovoltaic panel;

communicating with, by a controller of the photovoltaic panel, a remote unit disposed at a location remote from the photovoltaic panel, including receiving heartbeat signals from the remote unit;

detecting an anomaly in the heartbeat signals from the remote unit; and

in response to the anomaly, causing, by the controller, the voltage regulator to reduce the power output of the photovoltaic panel.

19. (Original) The method of claim 18, wherein the anomaly includes skips of heartbeat signals.

20. (Original) The method of claim 19, wherein the causing of the voltage regulator to reduce the power output of the photovoltaic panel is in response to a determination that a count of the skips of heartbeat signals is about a threshold.

**REMARKS**

The above amendments correct typographical errors and/or remove informality. Authorization is hereby provided to charge any fees which may be required for the present filing, or credit any overpayment, to Deposit Account No. 50-2638.

Respectfully submitted,

Date: February 20, 2019

/Lehua Wang/

Lehua Wang
Reg. No. 48,023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Inventors: | Daniel Eizips, et al. | Examiner: | Haresh Patel |
| Serial No.: | 14/817,949 | Group Art Unit: | 2493 |
| Filed: | August 4, 2015 | Confirmation: | 4845 |
| Title: | Identification Protocol between a Local Controller of a Solar Module and a Master Controller | | |

**RESPONSE TO NON-FINAL OFFICE ACTION**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir/Madam:

In response to the Non-Final Office Action mailed August 14, 2017 (the "Office Action"), Applicant respectfully requests an extension of one month for the present response. Please kindly enter the following amendments and consider the following remarks/arguments:

**Amendments to the Claims** are reflected in the list of claims that begins on page 2 of this paper;

**Amendments to the Specification** begin on page 8 of this paper; and

**Remarks/Arguments** begin on page 12 of this paper.

## CLAIMS

1. (Original) A method for a master management unit coupled to a plurality of local management units, wherein each local management unit is coupled to one or more solar modules, to use to confirm continued operation, the method comprising:

sending a first identification code from a first local management unit to the master management unit, the first identification code associated with the first local management unit, and the first local management unit coupled to control a solar module;

receiving, from the master management unit, an authentication of the first identification code; and

in response to receiving the authentication, continuing active operation of the first local management unit.

2. (Original) The method of claim 1, wherein the authentication is received in a first activation message, and further comprising:

in response to receiving the authentication, setting a first duration time for the active operation;

after the first duration time expires, again sending the first identification code to the master management unit;

receiving a second activation message; and

in response to receiving the second activation message, continuing active operation of the first local management unit for a second duration time.

3. (Original) The method of claim 1, wherein the sending is performed via a first communications channel at a predetermined frequency used by the master management unit for establishing communication with new local management units.

4. (Original) The method of claim 3, further comprising after the sending via the first channel, communicating on a second communications channel with the master management unit, the second channel having a frequency different from the first channel.

5. (Original) The method of claim 1, further comprising receiving a profile from the master management unit, the profile corresponding to the first identification code.

6. (Original) The method of claim 5, further comprising in response to receiving the first identification code, retrieving, via the master management unit, the profile from a database that includes a plurality of different profiles suitable for configuration of local management units.

7. (Original) The method of claim 1, further comprising:
waking up the first local management unit;
after the waking up, determining whether the first local management unit is storing a configuration profile;
wherein the sending the first identification code is in response to a determination that the first local management unit is not storing the configuration profile;
receiving a first profile from the master management unit, the first profile corresponding to the first identification code, and the first profile including a duration time for the active operation; and
configuring the first local management unit using the first profile.

8. (Original) The method of claim 7, further comprising:
receiving a first instruction from the master management unit;
executing the first instruction on the first local management unit;
after the executing the first instruction, waiting for the duration time;
after the waiting, communicating with the master management unit to receive a second instruction; and
executing the second instruction on the first local management unit.

9. (Original) The method of claim 1, further comprising:
establishing communication with the master management unit from a second local management unit of a plurality of local management units including the first local management unit;
communicating to the master management unit a second identification code associated with the second local management unit;

receiving, from the master management unit, an authentication of the second identification code; and

in response to receiving the authentication of the second identification code, continuing active operation of the second local management unit.

10. (Original) A non-transitory computer-readable storage medium storing thereon computer readable instructions configured to instruct a local management unit of a solar module to perform a method, the method comprising:

sending a first identification code from a first local management unit to the master management unit, the first identification code associated with the first local management unit, and the first local management unit coupled to control a solar module;

receiving, from the master management unit, an authentication of the first identification code; and

in response to receiving the authentication, continuing active operation of the first local management unit.

11. (Original) A system, comprising:

a solar module; and

a local management unit coupled to control the solar module, the local management unit comprising memory storing software instructions, and further comprising a controller coupled to the memory, the controller configured via the software instructions to cause a master management unit to confirm continued operation of the solar module by perform a method comprising:

sending an identification code to the master management unit, the identification code associated with the local management unit;

receiving, from the master management unit, an authentication of the identification code; and

in response to receiving the authentication, continuing active operation of the local management unit.

12. (Original) The system of claim 11, wherein the authentication is received in a first activation message, the method further comprising:

in response to receiving the authentication, setting a duration time for the active operation;

after the duration time expires, again sending the identification code to the master management unit;

receiving a second activation message; and

in response to receiving the second activation message, continuing active operation of the local management unit for the duration time.

13. (Original) The system of claim 11, wherein the sending is performed via a first communications channel at a predetermined frequency used by the master management unit for establishing communication with new local management units.

14. (Original) The system of claim 13, wherein the method further comprises, after the sending via the first channel, communicating on a second communications channel with the master management unit, the second channel having a frequency different from the first channel.

15. (Original) The system of claim 11, wherein the method further comprises receiving a profile from the master management unit, the profile corresponding to the first identification code.

16. (Original) The system of claim 15, wherein the method further comprises, in response to receiving the first identification code, retrieving, via the master management unit, the profile from a database that includes a plurality of different profiles suitable for configuration of local management units.

17. (Original) The system of claim 11, wherein the method further comprises:

waking up the first local management unit;

after the waking up, determining whether the first local management unit is storing a configuration profile;

wherein the sending the first identification code is in response to a determination that the first local management unit is not storing the configuration profile;

receiving a first profile from the master management unit, the first profile corresponding to the first identification code, and the first profile including a duration time for the active operation; and

configuring the first local management unit using the first profile.

18. (Original) The system of claim 17, wherein the method further comprises:

receiving a first instruction from the master management unit;

executing the first instruction on the first local management unit;

after the executing the first instruction, waiting for the duration time;

after the waiting, communicating with the master management unit to receive a second instruction; and

executing the second instruction on the first local management unit.

19. (Original) The system of claim 11, wherein the method further comprises:

establishing communication with the master management unit from a second local management unit of a plurality of local management units including the first local management unit;

communicating to the master management unit a second identification code associated with the second local management unit;

receiving, from the master management unit, an authentication of the second identification code; and

in response to receiving the authentication of the second identification code, continuing active operation of the second local management unit.

20. (New) The method of claim 1, further comprising:

receiving, in the first local management unit, a first instruction from the master management unit;

executing the first instruction on the first local management unit;

after the executing of the first instruction, waiting by the first local management unit for a duration time;

after the waiting, communicating by the first local management unit with the master management unit to receive a second instruction; and

executing the second instruction on the first local management unit.

## SPECIFICATION

Please replace the title of the application with the following amended title.

~~Systems and Methods for an~~ Identification Protocol between a Local Controller of a Solar Module and a Master Controller

Please use the following amended paragraph(s) to replace the paragraph(s) of the same number(s) in the specification.

[0001] The present application is a divisional application of U.S. Pat. App. Ser. No. 13/460,545, filed Apr. 30, 2012, issued as U.S. Pat. No. 9,124,139 on Sep. 1, 2015, and entitled "Systems and Methods for an Identification Protocol between a Local Controller Coupled to Control a Solar Module and a Master Controller," which is a divisional application of U.S. Pat. App. Ser. No. 12/985,883, filed Jan. 6, 2011, issued as U.S. Pat. No. 8,271,599 on Sep. 18, 2012, and entitled "Systems and Methods for an Identification Protocol between a Local Controller and a Master Controller," which claims priority to U.S. Prov. Pat. App. Ser. No. 61/335,568, filed Jan. 8, 2010, and entitled "System and Method for Theft Prevention and Secure Certificate Exchange," the entire contents of which applications are incorporated by reference as if fully set forth herein.

[0028] Power line 133 may supply power to MMU 130, and in some cases, it could also transmit communications via power line communication between the MMU and LMUs, instead of using wireless communication. However, power line communication may exhibit problems similar to wireless communication, such as radio frequency (RF) interferences and other effects that may benefit from the use of active channel selection as described below. One example of power line communication is discussed in U.S. Non-Provisional Application Serial No. 12/467,117, filed May 15, 2009, issued as U.S. Pat. No. 8,653,689 on Feb. 18, 2014, and entitled "METHOD AND SYSTEM FOR CURRENT-MODE POWER

LINE COMMUNICATIONS," by Leonid Rozenboim, the entire content[[s]] of which application is incorporated by reference as if fully set forth herein.

[0039] In one embodiment, a solar panel has a few strings of solar cells (e.g., three solar cell strings per module). A local management unit can be applied to a group of cells within a string of an individual solar panel, or in some cases to each cell in a solar panel. A group of solar cells that are attached to a local management unit may be connected to each other in series, in parallel, or in a mesh configuration. A number of local management units connect the groups of the solar cells in a string to provide output for the solar panel. The foregoing is described further in U.S. Patent No. 7,602,080, filed October 13, 2009, entitled "SYSTEMS AND METHODS TO BALANCE SOLAR PANELS IN A MULTI-PANEL SYSTEM" by Hadar et al. (see, e.g., Fig. 5), the entire content[[s]] of which is incorporated by reference as if fully set forth herein. Some embodiments of the disclosure include methods to determine the duty cycles and/or phases for local management units connected to a string or mesh of solar modules.

[0042] In one embodiment, a plurality of local management units are configured to, under supervision of a master management unit, balance currents between the plurality of solar modules in the power bus. In one embodiment, the LMUs may be configured to balance voltages and currents between solar modules and between power buses. The LMUs can be implemented serially or in parallel. The foregoing configurations are further described in U.S. Patent Application Publication No. 2010/0139734, published June 10, 2010, and now U.S. Pat. No. 8,933,321 issued on Jan. 13, 2015 and entitled "SYSTEMS AND METHODS FOR AN ENHANCED WATCHDOG IN SOLAR MODULE INSTALLATIONS", by Hadar et al., the entire content[[s]] of which publication is incorporated by reference as if fully set forth herein.

[0061] Additional information regarding local management units, and the operation thereof, that may be used in some embodiments of the present disclosure is described in U.S. Patent No. 7,602,080, filed October 13, 2009,

entitled "SYSTEMS AND METHODS TO BALANCE SOLAR PANELS IN A MULTI-PANEL SYSTEM" by Hadar et al., the entire content[[s]] of which is incorporated by reference as if fully set forth herein.

[0091] In one embodiment, each LMU may have a watchdog circuit to monitor the periodic activation or authentication signal from the MMU. If the MMU does not send the signal periodically to the LMU, the LMU shuts down automatically. This watchdog feature may be used to shut down any LMU/solar panel integral unit that is not supposed to be in the system (e.g., based on the list of permitted panels known to the MMU). An example of a watchdog circuit and its use are described in U.S. Patent Application Publication No. 2010/0139734, published June 10, 2010, and now U.S. Pat. No. 8,933,321 issued on Jan. 13, 2015 and entitled "SYSTEMS AND METHODS FOR AN ENHANCED WATCHDOG IN SOLAR MODULE INSTALLATIONS", by Hadar et al., the entire content[[s]] of which publication is incorporated by reference as if fully set forth herein.

[0093] Some specific examples of the use of a back-end server or the communications of panel and/or other system operating data between an MMU and various data processing systems (e.g., a web server) over a network (e.g., TCP/IP over a local area network) are described in more detail in the following published U.S. patent applications, the entire contents of each such application being incorporated by reference as if fully set forth herein: U.S. Patent Application Publication No. 2009/0150005 A1, published June 11, 2009, entitled "METHOD AND SYSTEM TO PROVIDE A DISTRIBUTED LOCAL ENERGY PRODUCTION SYSTEM WITH HIGH-VOLTAGE DC BUS", by Hadar et al.; U.S. Patent Application Publication No. 2009/0114263 A1, published May 7, 2009, issued as U.S. Pat. No. 7,884,278 on Feb. 8, 2011 and entitled "APPARATUSES AND METHODS TO REDUCE SAFETY RISKS ASSOCIATED WITH PHOTOVOLTAIC SYSTEMS", by Powell et al.; and U.S. Patent Application Publication No. 2010/0127571 A1, published May 27, 2010, issued as U.S. Pat. No. 8,860,246 on Oct. 14, 2014 and entitled "SYSTEMS

AND METHODS TO BALANCE SOLAR PANELS IN A MULTI-PANEL SYSTEM", by Hadar et al.

## REMARKS

The foregoing amendment and the following arguments are provided generally to impart precision to the claims, by more particularly pointing out the invention, rather than to avoid prior art.

### *Specification*

Applicant believes that the present amendment overcomes the objections to the specification.

### Rejections under 35 U.S.C. §101

Claims 1-8 and 10-18 were rejected under 35 U.S.C. §101 for being directed to an abstract idea. Specifically, the Office Action asserted that claim 1 includes a limitation that is about "sending and receiving information and continue operation if a condition is satisfied". The Office Action further asserted that the claims do not include any additional elements that amount to significantly more than the abstract idea. The rejections are respectfully traversed.

Claim 1 as a whole and viewed as an ordered combination does not merely recite implementing the overgeneralized idea of "sending and receiving information and continue operation if a condition is satisfied" in a generic computer. Specifically, claim 1 recites:

> "A method for a master management unit coupled to a plurality of local management units, wherein each local management unit is coupled to one or more solar modules, to use to confirm continued operation, the method comprising:
> sending a first identification code from a first local management unit to the master management unit, the first identification code associated with the first local management unit, and the first local management unit coupled to control a solar module;
> receiving, from the master management unit, an authentication of the first identification code; and
> in response to receiving the authentication, continuing active operation of the first local management unit" (Claim 1, the Present Application)

In comparison, claim 1 is seen to recite additional elements that are significantly more than merely implementing the overgeneralized idea of "sending and receiving information and continue operation if a condition is satisfied" in a generic computer.

For example, claim 1 recites a method in a specific structure that has "***a master management unit*** coupled to ***a plurality of local management units***, wherein ***each*** local management unit is coupled to one or more ***solar modules***". In this specific structure, the first local management unit is arranged to "***control*** a solar module". In the invention of claim 1, the continuing active operation of the first local management unit is arranged to be responsive to receiving the authentication of a first identification code associated with and sent from the first local management unit to the master management unit. Thus, claim 1 recites a specific technique to control the operation of a solar module that is significantly more than "sending and receiving information and continue operation if a condition is satisfied" in a generic computer.

Since the subject matter recited in claim 1 is significantly more than merely implementing the overgeneralized idea of "sending and receiving information and continue operation if a condition is satisfied" in a generic computer, claim 1 and its dependent claims recite patent eligible subject matter under 35 U.S.C. §101.

Rejections under 35 U.S.C. §103(a)

Claims 1-3, 9-13 and 19 were rejected under 35 U.S.C. §103(a) over Wong (2010/0283612), in view of Stucke (2008/0195784) and Orr (2010/0045453). The rejections are respectfully traversed.

As best understood, Par. [0047] of Wong discusses the operations of the control logic 307 of a solar panel when the security bypass state is enabled. It does not disclose "cause a ***master*** management unit to confirm continued operation of the solar module" as asserted in the Office Action (see, e.g., Page 5, item 10, the Office Action) [emphasis added].

The Office Action admitted that Wong does not disclose "sending a code from a first local management unit to the master management unit" (Page 8, the last two lines, the Office Action) and asserted that Par. [0027] of Stucke discloses such a feature.

However, the Office Action failed to explain why the Wong system, as discussed in Par. [0047] needs such a feature.

Furthermore, Stucke is not an analogous reference. Par. [0027] of Stucke discusses the use of an input device (20), such as a keyboard, a reader, a scanner, to provide an identification code to an integrated circuit (14). The discussion provided in Par. [0027] of Stucke would not appear to be relevant to the system of Wong.

The Office Action (Page 9) admitted that Wong and Stucke do not disclose "receiving, from the master management unit, an authentication of the first identification code; and in response to receiving the authentication, continuing active operation of the first local management unit" and relied upon Orr (Figure 1, Pars. 14-16) for the rejection. However, the Office Action failed to explain why the Wong system, as discussed in Par. [0047] needs such a feature.

Furthermore, Orr is not an analogous reference. The disclosure of Orr relates to sensors, such as, Micro Electro-Mechanical Systems (MEMS), for position-determination. See, e.g., Pars. [0002-0003]. The disclosure of Orr, including Figure 1 and Pars. 14-16, would not appear to be relevant to the system of Wong.

Thus, the combination suggested in the Office Action is seen a result of using of the claimed invention as a blueprint for hindsight reconstruction. Since the disclosures of Wong, Stucke, and Orr as a whole do not suggest the claimed inventions recited in independent claims 1, 10 and 11, the pending claims are seen patentable over Wong, Stucke, and Orr.

Claims 4 and 14 were rejected over Wong, in view of Stucke, Orr and Brey (2007/0174667). Claims 5-6 and 15-16 were rejected over Wong, in view of Stucke, Orr and Herz (2009/0254971). Claims 7 and 17 were rejected over Wong, in view of Stucke, Orr and Ferlitsch (2009/0073481). The additional references are insufficient to cure the deficiencies of Wong, Stucke, and Orr in meeting the requirements of the independent claims. Thus, the pending claims are seen patentable.

## CONCLUSION

It is respectfully submitted that all of the Examiner's objections have been successfully traversed and that the application is now in order for allowance. Accordingly, reconsideration of the application and allowance thereof is courteously solicited.

Authorization is hereby provided to charge any fees which may be required for the present filing, or credit any overpayment, to Deposit Account No. 50-2638.

Respectfully submitted,

Date: December 14, 2017

/Lehua Wang/

Lehua Wang
Reg. No. 48,023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Inventors: | Ron Hadar, et al. | Examiner: | Robert Deberadinis |
| Serial No.: | 14/473,659 | Group Art Unit: | 2836 |
| Filed: | August 29, 2014 | Confirmation: | 9594 |
| Title: | System and Method for Enhanced Watch Dog in Solar Panel Installations | | |

**RESPONSE TO NON-FINAL OFFICE ACTION**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir/Madam:

In response to the Non-Final Office Action mailed October 7, 2015, please kindly enter the following amendments and consider the following remarks/arguments:

**Amendments to the Claims** are reflected in the list of claims that begins on page 2 of this paper;

**Remarks/Arguments** begin on page 6 of this paper.

**CLAIMS**

1. (Currently Amended) A method comprising:
monitoring a sensor for an anomaly by a master control unit (MMU);
determining by the MMU if the sensor has detected [[an]] the anomaly; and, [[if]] in response to a determination that the sensor has detected [[an]] the anomaly, the MMU
determining by the MMU whether [[if]] the anomaly requires a control change; and
issuing a control change command to a local management unit (LMU) [[if]] in response to a determination that the anomaly requires a control change.

2. (Currently Amended) The method of claim 1, wherein the monitoring comprises one of: the MMU querying the sensor for the anomaly, and the sensor notifying the MMU of [[an]] the anomaly.

3. (Currently Amended) The method of claim 1, wherein the control change command is selected from the group consisting of:
a command to shut down one or more solar modules;
a command to disconnect one or more solar modules;
a command to shut down one or more solar module strings;
a command to alter [[the]] an output of a solar module;
a command to shut down one or more LMUs;
a command to disconnect one or more LMUs;
a command to shut down an inverter; and
a command to disconnect an inverter.[[;]]
a command to do nothing; and
no command.

4. (Original) The method of claim 1, wherein:
the MMU is connected to a network; and
the sensor is connected to the network.

5. (New) The method of claim 1, wherein the local management unit is coupled with a solar

module to control electricity output generated by the solar module.

6. (New) The method of claim 5, wherein the control change command changes an operation of the local management unit in controlling the electricity output generated by the solar module.

7. (New) An apparatus, comprising:
a controller of a sensor; and
a master control unit coupled with the controller and configured to:
monitor the sensor for an anomaly;
determine whether the sensor has detected the anomaly; and
in response to a determination that the sensor has detected the anomaly:
determine whether the anomaly requires a control change; and
issue a control change command to a local management unit in response to a determination that the anomaly requires a control change.

8. (New) The apparatus of claim 7, wherein the master control unit is configured to monitor the sensor via querying the sensor for the anomaly.

9. (New) The apparatus of claim 7, wherein the master control unit is configured to monitor the sensor via receiving from the sensor notifications of the anomaly.

10. (New) The apparatus of claim 7, wherein the control change command is selected from the group consisting of:
a command to shut down one or more solar modules;
a command to disconnect one or more solar modules;
a command to shut down one or more solar module strings;
a command to alter the output of a solar module;
a command to shut down one or more local management units;
a command to disconnect one or more local management units;
a command to shut down an inverter; and
a command to disconnect an inverter.

11. (New) The apparatus of claim 7, further comprising the sensor, wherein

the master control unit is connected to a network; and

the sensor is connected to the network via the controller.

12. (New) The apparatus of claim 7, further comprising the local management unit coupled with a solar module to control electricity output generated by the solar module.

13. (New) The apparatus of claim 12, wherein the control change command changes an operation of the local management unit in controlling the electricity output generated by the solar module.

14. (New) An apparatus, comprising:

at least one local management unit; and

a master control unit coupled with a sensor and configured to

monitor the sensor for an anomaly;

determine whether the sensor has detected the anomaly; and

in response to a determination that the sensor has detected the anomaly:

determine whether the anomaly requires a control change; and

issue a control change command to the local management unit in response to a determination that the anomaly requires a control change.

15. (New) The apparatus of claim 14, wherein the master control unit is configured to monitor the sensor via querying the sensor for the anomaly.

16. (New) The apparatus of claim 14, wherein the master control unit is configured to monitor the sensor via receiving from the sensor notifications of the anomaly.

17. (New) The apparatus of claim 14, wherein the control change command is selected from the group consisting of:

a command to shut down one or more solar modules;

a command to disconnect one or more solar modules;

a command to shut down one or more solar module strings;

a command to alter the output of a solar module;

a command to shut down one or more local management units;

a command to disconnect one or more local management units;

a command to shut down an inverter; and

a command to disconnect an inverter.

18. (New) The apparatus of claim 14, further comprising the sensor, wherein

the master control unit is connected to a network; and

the sensor is connected to the network.

19. (New) The apparatus of claim 14, wherein the local management unit is coupled with a solar module to control electricity output generated by the solar module.

20. (New) The apparatus of claim 19, wherein the control change command changes an operation of the local management unit in controlling the electricity output generated by the solar module.

## REMARKS

The foregoing amendment and the following arguments are provided generally to impart precision to the claims, by more particularly pointing out the invention, rather than to avoid prior art.

### *Double Patenting*

Claims 1-4 were rejected on the ground of nonstatutory double patenting over U.S. Pat. No. 8,823,218. Without admitting the propriety of the rejection, a terminal disclaimer is submitted herewith to overcome the rejection.

## CONCLUSION

It is respectfully submitted that all of the Examiner's objections have been successfully traversed and that the application is now in order for allowance. Accordingly, reconsideration of the application and allowance thereof is courteously solicited.

Authorization is hereby provided to charge any fees which may be required for the present filing, or credit any overpayment, to Deposit Account No. 50-2638.

Respectfully submitted,

Date: February 8, 2016

/Lehua Wang/

Lehua Wang
Reg. No. 48,023

GREENBERG TRAURIG, LLP
CUSTOMER NUMBER **64494**
Phone: (650) 328-8500
Fax: (650) 328-8508