PUBLIC VERSION

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| TIGO ENERGY INNOVATIONS LLC,<br><br>*Plaintiff,*<br><br>v.<br>ENPHASE ENERGY, INC.,<br>*Defendant.* | No. 7:26-cv-00328-DC<br><br>**JURY TRIAL DEMANDED**<br><br>**ENPHASE CONFIDENTIAL INFORMATION – FILED UNDER SEAL** |

**DECLARATION OF RAGHUVEER BELUR IN SUPPORT OF DEFENDANT ENPHASE ENERGY, INC.'S OPPOSED MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

Enphase Confidential

I, Raghuveer Belur, declare as follows:

1. I am over eighteen years of age and am competent to make this declaration. I am employed by Enphase Energy, Inc. ("Enphase") as Senior Vice President and Chief Product Officer. I also co-founded the company with Martin Fornage in Petaluma, California in 2006, and have worked for Enphase continuously since then. I am now based in our Fremont, California office. Both of these Enphase offices are located in the Northern District of California. I have personal knowledge of the facts set forth in this declaration based on my responsibilities at Enphase, my participation in establishing Enphase's offices both in Petaluma, California and Fremont, California, my familiarity with the personnel and activities of that office, and, where indicated, my review of records maintained by Enphase in the ordinary course of business. If called as a witness, I could and would testify competently to these facts.

2. I submit this declaration in support of Enphase's Opposed Motion to Transfer Venue under 28 U.S.C. § 1404(a).

3. Enphase is a Delaware corporation with its principal executive offices at 47281 Bayside Parkway, Fremont, California 94538. Enphase's Fremont headquarters is 40,446 total square feet with [redacted]. Enphase's Fremont facility employs [redacted] who work in and around the area. Enphase's Fremont headquarters houses the Executive team, the System Engineering group, the Product and Product Management groups, the heads of the applications-specific integrated circuit ("ASIC") group, the heads of the EV Charging group, and the heads of the Gateway device group. The Fremont facility also [redacted]

4. Enphase also has a significant presence, facility, and history in Petaluma, California. The



Enphase Confidential

company was founded in Petaluma in 2006 and has maintained a continuous presence there. Enphase's Petaluma facility at 1400 N. McDowell Blvd., Petaluma, CA 94954 comprises 24,000 total square feet with [redacted]. Enphase's Petaluma facility at 1420 N. McDowell Blvd. comprises 24,000 total square feet with [redacted]. Enphase's 5341 Petaluma facility at 5341 Old Redwood Hwy, Petaluma, CA 94954 comprises 5,651 total square feet of office space. The Petaluma facilities also include the Reliability Laboratory testing facility at 1380 Redwood Way, Petaluma, CA 94954, which comprises a total of 15,580 square feet with [redacted]. Enphase's Petaluma facilities employ [redacted] who work in and around the area. The Petaluma facilities house the Reliability Laboratory testing facility, the Systems Integration group, and the transformer group. In addition, Enphase's Power Electronics Architect is in Petaluma.

5. I understand that Tigo Energy Innovations LLC ("TEI") alleges infringement by Enphase IQ Series Microinverters, including the IQ7 and IQ8 families and identified IQ9 products, together with IQ Gateways, IQ Combiners, IQ Cables, monitoring and management software, grid-profile and control functionality, and related system components (collectively, the "Accused Products").

6. Employees assigned to the Fremont and Petaluma offices were [redacted]. Specifically, Enphase's California personnel [redacted]:

a. [redacted];

b. [redacted];

c. [redacted];

d. [redacted];



Enphase Confidential

e. [redacted]; and

f. [redacted].

7. The "brain trust" of the company is centralized in Northern California. [redacted]

8. The following current or former Enphase employees located in or near the Northern District of California have the most extensive relevant knowledge concerning the Accused Products and accused functionality:

| **Name / Title** | **Likely Subject Matter** | **Location** |
| --- | --- | --- |
| Martin Fornage, co-founder of Enphase Energy, Inc. and former CTO, former employee<br><br>and<br><br>Raghuveer Belur, co-founder of Enphase Energy, Inc. and current Senior Vice President and Chief Product Officer | Knowledgeable [redacted] Knowledgeable about [redacted] Also knowledgeable about [redacted] | Mr. Fornage is located in NDCA, in [redacted] CA<br><br>and<br><br>Raghuveer Belur works in NDCA, at the Fremont, CA office |
| Hans Van Antwerpen, Chief Technology Officer<br><br>and<br><br>Michael Harrison, Power Electronics Architect | Knowledgeable about [redacted] Also knowledgeable about [redacted] | Hans Van Antwerpen works in NDCA, at the Fremont, CA office<br><br>and<br><br>Michael Harrison works in NDCA, at the Petaluma, CA office |



Enphase Confidential

| | | |
|---|---|---|
| and<br><br>Donald Zimmanck, Senior Architect, Transactive Energy | | and<br><br>Donald Zimmanck works in NDCA, at the Petaluma, CA office |
| Anup Nayak, VP Architecture | Knowledgeable about [redacted] Knowledgeable about [redacted] Also knowledgeable about [redacted] | Anup Nayak works in NDCA, at the Fremont, CA office |
| Anup Nayak, VP Architecture | Knowledgeable about [redacted] Knowledgeable about [redacted] Also knowledgeable about [redacted] | Anup Nayak works in NDCA, at the Fremont, CA office |
| Utsav Ghosh, Senior Director, Product Line Management<br><br>and<br><br>Micah Simmons, Principal Engineer, Embedded Software | Knowledgeable about [redacted] Knowledgeable about [redacted] Also knowledgeable about [redacted] | Utsav Ghosh works in NDCA, at the Fremont, CA office<br><br>and<br><br>Micah Simmons works in NDCA, at the Petaluma, CA office |



Enphase Confidential

| | | |
|---|---|---|
| Martin Fornage, co-founder of Enphase Energy, Inc. and former CTO, former employee<br><br>and<br><br>Utsav Ghosh, Senior Director, Product Line Management<br><br>and<br><br>John Berdner, former Senior Director of regulatory strategy, former employee<br><br>and<br><br>Mark Baldassari, former Director, Codes and Standards, former employee<br><br>and<br><br>Donald Zimmanck, Senior Architect, Transactive Energy | Knowledgeable about [redacted] Knowledgeable about [redacted] Also knowledgeable about [redacted] | Mr. Fornage is located in NDCA, in [redacted] CA<br><br>and<br><br>Utsav Ghosh works in NDCA, at the Fremont, CA office<br><br>and<br><br>John Berdner is located in EDCA, in [redacted], CA<br><br>and<br><br>Mark Baldassari is located in NDCA, in [redacted], CA<br><br>and<br><br>Donald Zimmanck works in NDCA, at the Petaluma, CA office |
| Kevin Jones, Sr. Director, Legal | Knowledgeable about [redacted]. Knowledgeable about [redacted]. Also knowledgeable about [redacted] | Kevin Jones works in NDCA, at the Fremont, CA office. |
| Tariq Cochinwala, Sr. Director, Operations and Business Finance | Knowledgeable about [redacted]. Knowledgeable about [redacted] Also knowledgeable | Tariq Cochinwala works in NDCA, at the Fremont, CA office. |



Enphase Confidential

| | | |
|---|---|---|
| | about [redacted]. | |
| John Berdner, former Enphase Senior Director of regulatory strategy, former employee<br><br>and<br><br>Mark Baldassari, former Director, Codes and Standards, former employee | Knowledgeable about [redacted] Knowledgeable about [redacted]. Also knowledgeable about [redacted] | John Berdner is located in EDCA, in [redacted] CA.<br><br>and<br><br>Mark Baldassari is located in NDCA, in [redacted] CA. |
| John Berdner, former Enphase Senior Director of regulatory strategy, former employee<br><br>and<br><br>Mark Baldassari, former Director, Codes and Standards, former employee | Knowledgeable about [redacted] Knowledgeable about [redacted]. Also knowledgeable [redacted] | John Berdner is located in EDCA, in [redacted] CA.<br><br>and<br><br>Mark Baldassari is located in NDCA, in [redacted] CA. |
| Utsav Ghosh, Sr. Director, Product Line Management | Knowledgeable about [redacted]. Also knowledgeable [redacted] | Utsav Ghosh works in NDCA, at the Fremont, CA office. |

9. Nearly all of Enphase's personnel who are expected to provide knowledge relevant to this lawsuit are in NDCA.

10. Enphase's technical materials are maintained by the custodians listed in the table above, who are overwhelmingly located in NDCA. In particular, design and development records for the



Enphase Confidential

Accused Products—[redacted] are maintained by the custodians identified in the table above in NDCA.

11. Enphase stores these technical records [redacted]. The documents that may be relevant to this litigation are maintained and accessible by custodians in NDCA.

12. Enphase's records concerning [redacted] are maintained by the custodians listed in the table above and are all located in NDCA.

13. Enphase's marketing leadership and primary decision-makers are located in NDCA. This includes our Executive staff, our head of corporate communications, and head of web operations.

14. Enphase's licensing and legal personnel who have relevant knowledge are in NDCA.

15. Enphase's licensing and alleged patent notice evidence is maintained by attorneys and engineers that support our attorneys in NDCA.

16. Enphase's finance personnel who are expected to have relevant knowledge are in NDCA.

17. Enphase's financial evidence is maintained by Tariq Cochinwala in NDCA.

18. Relevant physical evidence located at Enphase's Fremont headquarters or in Petaluma in NDCA consists of test facilities and documentation, physical Accused Products, and engineering and Research and Development laboratories.

19. If required to attend trial in the Midland-Odessa Division, NDCA-based Enphase witnesses would be required to travel approximately 1400 miles from the San Francisco Bay Area to the federal courthouse in Midland, Texas, with no direct flights available. A trip to Midland would entail either (i) a minimum five-hour, multi-leg flight, with a minimum five-hour return, or (ii) a three-and-a-half-hour flight to either Dallas or Austin, plus a five-hour trip by automobile.



Enphase Confidential

20. On the other hand, trial in NDCA would permit Enphase's California-based witnesses to appear with little or no air travel, hotel expense, or extended disruption. The courthouse in NDCA is just a short car ride from most locations in the San Francisco Bay Area. For example, it is approximately 30 miles and 40 minutes by car from Enphase's Fremont Office to the federal courthouse in Oakland, California, and approximately 14 miles and 25 minutes by car from Enphase's Fremont Office to the federal courthouse in San Jose, California.

21. For purposes of this declaration, I have reviewed real estate documents and consulted with Enphase's legal team to determine the Fremont and Petaluma offices' connection to the Accused Products and accused functionality.

22. Attached as Exhibit A is a true and correct copy of an employee list identifying employees in and around the Fremont and Petaluma office as of October 7, 2026, which is maintained by Enphase in the ordinary course of business.

23. Attached as Exhibit B is a true and correct copy of the current floor plan for Enphase's Freemont headquarters as of October 7, 2026, which is maintained by Enphase in the ordinary course of business.

24. Attached as Exhibit C is a true and correct copy of the current floor plan for the 1400 Petaluma facility as of October 7, 2026, which is maintained by Enphase in the ordinary course of business.

25. Attached as Exhibit D is a true and correct copy of the current floor plan for the 1420 Petaluma facility as of October 7, 2026, which is maintained by Enphase in the ordinary course of business.

26. Attached as Exhibit E is a true and correct copy of the current floor plan for the 5341 Petaluma facility as of October 7, 2026, which is maintained by Enphase in the ordinary course of business.

27. Attached as Exhibit F is a true and correct copy of information from Google Maps showing


Enphase Confidential

the driving distance from Enphase's Fremont Office to the federal courthouse in Midland, Texas, retrieved on October 8, 2026.

28. Attached as Exhibit G is a true and correct copy of information from Google Maps showing the driving distance from Enphase's Fremont Office to the federal courthouse in Oakland, California, retrieved on October 8, 2026.

29. Attached as Exhibit H is a true and correct copy of information from Google Maps showing the driving distance from Enphase's Fremont Office to the federal courthouse in San Jose, California, retrieved on October 12, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2026, in Fremont, California.

[redacted]

Raghvveer Belur

Senior Vice President and Chief Product Officer

ENPHASE ENERGY, INC.